**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DaDong Catering LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  DaDong NY** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5252462** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3 Bryant Park** <br> **(120 W 42nd St.)** <br> **New York, NY 10036-6501** <br> Number, Street, City, State & ZIP Code | <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://www.dadongny.com/** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **DaDong Catering LLC**                                    Case number *(if known)* _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **DaDong Catering LLC** _____   Case number (*if known*) _____
         Name

---

**11. Why is the case filed in this district?**  *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **DaDong Catering LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/13/2019
                 MM / DD / YYYY

X  _劉瀟哲_____        **Xiaozhe Liu**
   Signature of authorized representative of debtor        Printed name

Title  **CEO and Managing Member of Genesis
        Brand Management**

**18. Signature of attorney**

X  _____        Date _____
   Signature of attorney for debtor              MM / DD / YYYY

**Steven R. Wirth**
Printed name

**Akerman LLP**
Firm name

**401 East Jackson Street
Suite 1700
Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **813 223 7333**        Email address   **steven.wirth@akerman.com**

**2935690 NY**
Bar number and State

| Debtor | DaDong Catering LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____          Xiaozhe Liu
Signature of authorized representative of debtor          Printed name

Title    **CEO and Managing Member of Genesis
Brand Management**

**18. Signature of attorney**

X _____          Date  11/13/2019
Signature of attorney for debtor          MM / DD / YYYY

**Steven R. Wirth**
Printed name

**Akerman LLP**
Firm name

**401 East Jackson Street
Suite 1700
Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **813 223 7333**          Email address  **steven.wirth@akerman.com**

**2935690 NY**
Bar number and State

## <u>Resolutions Adopted By The Sole Member of DaDong Catering LLC</u>

The undersigned, being the sole member of and owner of 100% of the membership interest in DaDong Catering LLC, a Delaware Limited Liability Company (the "<u>Company</u>"), pursuant to applicable provisions of the Delaware Limited Liability Company Act and Limited Liability Company Operating Agreement of DaDong Catering LLC dated as of October 2, 2015, hereby adopts the following resolutions ("<u>Resolutions</u>"), and such Resolutions have not been amended or rescinded and are now in full force and effect:

**RESOLVED**, that in the judgment of the sole member of the Company it is desirable and in the best interests of the Company, its creditors, its owner, and other interested parties, that a voluntary petition be filed by the Company in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

**RESOLVED**, that the sole member, DaDong Management LLC, whose Managing Member and authorized representative is Xiaozhe Liu (the "<u>Authorized Person</u>"), is authorized and empowered, on behalf of and in the name of the Company, to execute and verify such petition under Chapter 11 of the Bankruptcy Code as an authorized signatory in connection with the chapter 11 case authorized herein (the "<u>Case</u>"); and it is further

**RESOLVED**, that the Authorized Person of the Company be, and hereby is, authorized, empowered and directed, on behalf of and in the name of the Company, to execute and verify a petition in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court to commence the Case in such form and at such time as the Authorized Person executing said petition on behalf of the Company shall determine; and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute and/or file, or cause to be executed and/or filed (or to direct others to do so on his behalf as provided herein), all necessary documents including, but not limited to, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action, that they or any of them deem necessary, proper or desirable in connection with the Case contemplated hereby, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that the Authorized Person of the Company be, and hereby is, authorized and empowered, in the name and on behalf of the Company, to take or cause to be taken, from time to time, any and all such further action and to execute and deliver, or cause to be executed and delivered, all such further agreements, documents, certificates and undertakings including, but not limited to, amendments to the documents contemplated hereby following the effectiveness thereof, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable, to effectuate the purpose and intent of the foregoing resolutions; and it is further

**RESOLVED**, that the Company as debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code be, and it hereby is, authorized, to the extent necessary, to enter into a debtor-in-possession financing facility and in connection therewith, to grant any guarantees, pledges, mortgages, and other security instruments containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by any Authorized Person to obtain such debtor-in-possession financing for the Company or its subsidiaries and affiliates, and it is further

**RESOLVED**, that the Authorized Person of the Company be, and hereby is, authorized and empowered to execute, deliver, and perform for and on behalf of the Company, as debtor and debtor-in-possession, any documents, agreements, guaranties, instruments, financing statements, undertakings and certificates necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution including, but not limited to, any credit agreement, promissory note, letter of credit application, or other document evidencing the obligations of the Company under the debtor-in-possession financing, and any modifications or supplements thereto, all such materials to be in the form provided by such Authorized Person, the execution and delivery thereof to be conclusive evidence of such approval; and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

**RESOLVED**, that the law firm of Akerman LLP be, and hereby is, employed as attorneys for the Company in this Case as bankruptcy and reorganization counsel and for all other relevant purposes; and it is further

2

**RESOLVED**, that Moecker Auctions be, and hereby is, employed as auctioneer for the Company in this Case for purposes of marketing the assets and conducting the auction, and for all other relevant purposes; and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized and empowered, in the name and on behalf of the Company, to retain such other professionals as he deems appropriate during the course of the Case; and it is further

**RESOLVED**, that the Authorized Person of the Company be, and hereby is, authorized, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing Resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by the Authorized Person to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code, or in connection with the Case, or any matter related, including in connection with the debtor-in-possession financing, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

IN WITNESS WHEREOF, the undersigned has duly executed these Resolutions on this 12th day of November, 2019.

DaDong Management LLC, as sole member

Xiaozhe Liu
Authorized Person

3

**Fill in this information to identify the case:**

Debtor name    **DaDong Catering LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/13/2019          x _[signature]_
                                   Signature of individual signing on behalf of debtor

                                   **Xiaozhe Liu**
                                   Printed name

                                   **CEO and Managing Member of Genesis Brand Management**
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **DaDong Catering LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3 BP Property Owner LLC PO Box 781998 Philadelphia, PA 19178-1998 | Mitchell D. Haddad, Esq. 212-643-7000 | Landlord and Tenant Judgment | Disputed | | | $2,218,112.34 |
| All Season Hospitality 12 Breiderhoft Rd Kearny, NJ 07032 | | supplier | | | | $54,992.00 |
| American Express P.O. Box 1270 Newark, NJ 07101-1270 | Meyers, Saxon & Cole rsaxongolf@gmail.com 718-339-3330 | credit card | | | | $56,870.72 |
| Asian Bok Choy, Inc. 969 Grand St Brooklyn, NY 11211 | | supplier | | | | $21,779.88 |
| Baring Industries, Inc. 3249 SW 42nd Street Ft. Fort Lauderdale, FL 33312 | Ross Goldstein | Block 994, Lot 1011, more commonly known as 3 Bryant Park, New York, NY 10036 | | $320,356.94 | $0.00 | $320,356.94 |
| Done Right Hood & Fire Safety P.O Box 100772 Brooklyn, NY 11210 | Relin, Goldstein & Crane, LLP | services | | | | $34,213.97 |
| F. Rozzo & Sons 159 Ninth Ave New York, NY 10011 | | supplier | | | | $21,387.06 |
| Gotham Seafood Corporation 542 West 29th Street New York, NY 10001 | | supplier | | | | $28,867.56 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **DaDong Catering LLC**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HNY Consulting Engineers, LLC** PO Box 785566 Philadelphia, PA 19178-5566 | | services | | | | $50,000.00 |
| **JDB Market Corp dba John's Mar** 25-20 50th Ave Long Island City, NY 11101 | Don L. Hochler, P.C. | supplier | | | | $15,999.28 |
| **Jia Law Group** 225 Broadway, 17th Floor New York, NY 10007 | | legal services | | | | $21,276.48 |
| **KOP KG One LLC** 750 Lexington Ave New York, NY 10022 | | retainer to Akerman LLP | | | | $50,000.00 |
| **NY City Department of Finance** P.O. Box 2307 New York, NY 10272-2307 | | tax warrant 003905344-01 | | | | $92,111.01 |
| **NYS Dept of Taxation & Finance Civil Enforcement – Region 4A** Albany, NY 12227-0001 | | tax warrant E-049330911-W001-6 tax warrant E-049330911-W006-8 | | | | $389,362.17 |
| **Pat Lafrieda Meat Purveyors** 3701 Tonnelle Ave North Bergen, NJ 07047 | | supplier | | | | $22,790.27 |
| **Prager Metis CPAs, LLC** 14 Penn Plaza Suite #1800 New York, NY 10122 | | accounting services | | | | $41,000.00 |
| **The Lobster Place Inc.** 75 9th Ave New York, NY 10011 | | supplier | | | | $18,520.21 |
| **Transel Elevator and Electric** P.O. Box 71241 Philadelphia, PA 19176 | Stuart S. Zisholtz, Esq. | Block 994, Lot 1011, more commonly known as 3 Bryant Park, New York, NY 10036 | | $158,169.17 | $0.00 | $158,169.17 |
| **True World Foods New York LLC** 32-34 Papetti Plaza Elizabeth, NJ 07206 | Pragna Parikh, Esq. 631-499-5400 | supplier | | | | $33,365.33 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor    **DaDong Catering LLC**                                                    Case number *(if known)*   _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Foods 1051 Amboy Ave Perth Amboy, NJ 08861** | | **supplier** | | | | **$17,996.75** |

**Fill in this information to identify the case:**

Debtor name    **DaDong Catering LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................    $ _____ 22,524,208.52

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................    $ _____ 22,524,208.52

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 478,526.11

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $ _____ 632,030.24

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ 3,072,884.01

4.    **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b    $ _____ 4,183,440.36

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **DaDong Catering LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$7,241.98** |
| 2.    **Cash on hand** | **$900.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JPMorgan Chase Bank, N.A.<br>P O Box 182051<br>Columbus, OH 43218- 2051 | Chase Platinum Business Checking | 7906 | $3,079.37 |
| 3.2. | JPMorgan Chase Bank, N.A.<br>P O Box 182051<br>Columbus, OH 43218 - 2051 | Chase Platinum Business Checking | 7968 | $470.37 |
| 3.3. | JPMorgan Chase Bank, N.A.<br>P O Box 182051<br>Columbus, OH 43218 - 2051 | Chase Platinum Business Checking | 6580 | $0.00 |
| 3.4. | JPMorgan Chase Bank, N.A.<br>P O Box 182051<br>Columbus, OH 43218- 2051 | Chase Total Business Checking | 8120 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$11,691.72** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **DaDong Catering LLC**                                    Case number *(If known)* _____
          Name

---

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

    7.1.  **Security deposit held by 3 BP Property Owner LLC at East West Bank** _____  **$4,300,000.00**

    7.2.  **Security deposit held by Con Edison.** _____  **$1,955.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                            **$4,301,955.00**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:     **1,082.56**  -  **0.00**  = ....    **$1,082.56**
               face amount  doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                           **$1,082.56**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials food and beverage** | | **$0.00** | | **$180,137.85** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **DaDong Catering LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**20.**    **Work in progress**

**21.**    **Finished goods, including goods held for resale**

**22.**    **Other inventory or supplies**

**23.**    **Total of Part 5.**
     Add lines 19 through 22.  Copy the total to line 84.

                     **$180,137.85**

**24.**    **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** <br> **Furniture and Fixtures** | **$0.00** | | **$963,944.59** |

**40.**    **Office fixtures**

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**    **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

                     **$963,944.59**

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **DaDong Catering LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

<br>

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
|---|---|---|---|---|
| | **Machine & Equipment<br>(current value doesn't necessarily reflect fair<br>market value)** | $0.00 | | $2,782,752.54 |
| | **Leasehold Improvements<br>(current value doesn't necessarily reflect fair<br>market value)** | $0.00 | | $14,265,419.77 |
| | **A/D - Equipment & Machine<br>(current value doesn't necessarily reflect fair<br>market value)** | $0.00 | | $0.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $17,048,172.31 |
|---|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **DaDong Catering LLC**                                    Case number *(If known)* _____
_____
          Name

available.

| 55.1. | **3 Bryant Park**<br>**(120 W 42nd Street)**<br>**New York, NY**<br>**10036-6501** | Lease | | $0.00 | | | $0.00 |
|---|---|---|---|---|---|---|---|

56. **Total of Part 9.**                                                                                        | $0.00 |

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties**<br>**liquor license** | $0.00 | | $8,924.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>**guest names and email addresses (maintained**<br>**by Open Table)** | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                                        | $8,924.00 |

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **DaDong Catering LLC** | Case number *(If known)* |
|--------|-------------------------|--------------------------|
|        | Name                    |                          |

☐ Yes

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|-----------------------------------|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**United Healthcare Oxford**<br>**Medical** | **$0.00** |
| | **Maxim Indemnity Company - Employment Practices Liability Insurance**<br>**Policy No. MLN603174901** | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Prepaid Insurance** | **$8,300.49** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$8,300.49** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **DaDong Catering LLC**                                      Case number *(If known)* _____
_____
            Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,691.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,301,955.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,082.56 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $180,137.85 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $963,944.59 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $17,048,172.31 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $8,924.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $8,300.49 | |
| 91. **Total.** Add lines 80 through 90 for each column | $22,524,208.52 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $22,524,208.52 |

**Fill in this information to identify the case:**

Debtor name    **DaDong Catering LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

| 2.1 | **Baring Industries, Inc.** | | $320,356.94 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**3249 SW 42nd Street Ft. Fort Lauderdale, FL 33312**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/4/2019**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Block 994, Lot 1011, more commonly known as 3 Bryant Park, New York, NY 10036**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Transel Elevator and Electric** | | $158,169.17 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**P.O. Box 71241 Philadelphia, PA 19176**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Block 994, Lot 1011, more commonly known as 3 Bryant Park, New York, NY 10036**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **DaDong Catering LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$478,526.11** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jared M. Rosen, Esq.**<br>**216 Lakeville Rd**<br>**Great Neck, NY 11020** | Line __2.1__ | |
| **Transel Elevator and Electric**<br>**30-30 47th Avenue**<br>**Suite 6110**<br>**Long Island City, NY 11101** | Line __2.2__ | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **DaDong Catering LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aboudala Aberessi**<br>**2300 Grand concourse Apt 3G**<br>**Bronx, NY 10458** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,711.99 | $1,711.99 |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Alexandra Rovati**<br>**342 E 76st**<br>**New York, NY 10021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $127.99 | $127.99 |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,854.90 | $2,854.90 |
|---|---|---|---|---|

**Alexandra Shcherbakov**
**1844 81 st 3rd Fl**
**Brooklyn, NY 11214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,015.15 | $1,015.15 |
|---|---|---|---|---|

**Alvaro Sanchez**
**1524 47th St**
**North Bergen, NJ 07047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $871.83 | $871.83 |
|---|---|---|---|---|

**Andrea M. Sandoval**
**2303 Ditmars Blvd Astoria**
**Astoria, NY 11105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,919.69 | $5,919.69 |
|---|---|---|---|---|

**Andrew Wilson**
**114 Troctman St. 306**
**Brooklyn, NY 11206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | DaDong Catering LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,678.27 | $3,678.27 |
|---|---|---|---|---|

**Annie Lu**
**51 E 117th St, Apt 1**
**New York, NY 10035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,718.35 | $1,718.35 |
|---|---|---|---|---|

**Asciel Hernandez**
**2471 Davidson Ave**
**Bronx, NY 10468**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,358.53 | $1,358.53 |
|---|---|---|---|---|

**Badr Naimallah**
**19-51 80th St. 1C**
**East Elmhurst, NY 11370**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,801.74 | $7,801.74 |
|---|---|---|---|---|

**Bin Bin Xu**
**80 Dekalb Ave Apt 16K**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **DaDong Catering LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,352.50 | $7,352.50 |
|---|---|---|---|---|

**Caroleyn Ng**
**147 Elizabeth St**
**New York, NY 10036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/14/19 - 11/10/19** | **salary** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,734.73 | $12,734.73 |
|---|---|---|---|---|

**Celso Moreira**
**527 West 46th St**
**Apt.16**
**New York, NY 10036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/14/19 - 11/10/19** | **salary** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $474.73 | $474.73 |
|---|---|---|---|---|

**Clara Veras Rodriguez**
**3053 Heath Ave**
**Bronx, NY 10463**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/14/19 - 11/10/19** | **wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,235.56 | $6,235.56 |
|---|---|---|---|---|

**Claudia Delgado**
**3230 44th Street Apt 3F**
**Astoria, NY 11103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/14/19 - 11/10/19** | **salary** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.00 | $593.00 |
|---|---|---|---|---|
| | **Connor Evans** | *Check all that apply.* | | |
| | **605 West 156** | ☐ Contingent | | |
| | **New York, NY 10032** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **10/14/19 - 11/10/19** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,260.13 | $5,260.13 |
|---|---|---|---|---|
| | **Dan Burz** | *Check all that apply.* | | |
| | **2601 Palisade Avenue 2FL** | ☐ Contingent | | |
| | **Union City, NJ 07087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **10/14/19 - 11/10/19** | **salary** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,723.79 | $1,723.79 |
|---|---|---|---|---|
| | **Danny Hernandez** | *Check all that apply.* | | |
| | **20-35 Seagirt Boulevard Apt 5E** | ☐ Contingent | | |
| | **Far Rockaway, NY 11691** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **10/14/19 - 11/10/19** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.92 | $62.92 |
|---|---|---|---|---|
| | **Darren Hartnett** | *Check all that apply.* | | |
| | **2266 Andrews Ave** | ☐ Contingent | | |
| | **Bronx, NY 10468** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **10/14/19 - 11/10/19** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,434.49 | $1,434.49 |
|---|---|---|---|---|

**Dawa Sherpa**
**3770 64th Street #Apt 3R**
**Woodside, NY 11377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,345.31 | $2,345.31 |
|---|---|---|---|---|

**De Yun Fang**
**13627 Cherry Avenue**
**Flushing, NY 11355-4829**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,598.59 | $1,598.59 |
|---|---|---|---|---|

**Edgar Torres**
**34-42 89th St Apt 1**
**Jackson Heights, NY 11372**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.36 | $121.36 |
|---|---|---|---|---|

**Estelle Wong**
**75 West End Avenue APT R9D**
**New York, NY 10023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $859.20 | $859.20 |
|---|---|---|---|---|

**Franco Vasquez**
**6207 37th Ave**
**Woodside, NY 11377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $857.54 | $857.54 |
|---|---|---|---|---|

**Glenda Cortes**
**2798 Marion Avenue Apt 3**
**Bronx, NY 10458**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,818.09 | $1,818.09 |
|---|---|---|---|---|

**Guo Yao Li**
**57 Bay 23rd St Apt 1**
**Brooklyn, NY 11214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,637.23 | $4,637.23 |
|---|---|---|---|---|

**Haiyue Bao**
**4303 64th Street Floor 2**
**Woodside, NY 11377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **DaDong Catering LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,582.01** | **$6,582.01** |
|---|---|---|---|---|

**Han Ge Wang**
**88-38 50th Ave**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,457.64** | **$1,457.64** |
|---|---|---|---|---|

**Hassane Dao**
**2816 Frederick Douglass Blvd**
**Apt. 3**
**New York, NY 10039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$738.74** | **$738.74** |
|---|---|---|---|---|

**Helena Kurtezi**
**22-41 29th St**
**Astoria, NY 11105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,484.61** | **$2,484.61** |
|---|---|---|---|---|

**Hock Lim Cheng**
**109 Mott St Apt 4**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $585.04 | $585.04 |
|---|---|---|---|---|
| | **Imani Z. Lee-Hector**<br>**26 Harding Terrace**<br>**Newark, NJ 07112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $750.98 | $750.98 |
|---|---|---|---|---|
| | **Jhonny Figueroa**<br>**295 Central Avenue #2**<br>**Jersey City, NJ 07307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,868.88 | $1,868.88 |
|---|---|---|---|---|
| | **Jia Bin Huang**<br>**8823 51st Ave**<br>**Elmhurst, NY 11373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,978.49 | $1,978.49 |
|---|---|---|---|---|
| | **Jian Hua Wu**<br>**527 W 47th Street Apt 4H**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | DaDong Catering LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**2.35** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,156.17** | **$2,156.17**

**Jie Feng Lin**
**51-17 92st**
**Elmhurst, NY 11373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/14/19 - 11/10/19** | **wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,566.98** | **$1,566.98**

**Joana Rosales**
**2819 Morris Ave**
**Bronx, NY 10468**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/14/19 - 11/10/19** | **wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,345.20** | **$1,345.20**

**Jose Osoria**
**237 South 2nd Ave Apt 3E**
**Brooklyn, NY 11211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/14/19 - 11/10/19** | **wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,381.34** | **$1,381.34**

**Joseph Quon**
**342 West 48th Street 4FW**
**New York, NY 10036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/14/19 - 11/10/19** | **wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **DaDong Catering LLC**                          Case number (if known)
_____
        Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,724.49 | $1,724.49 |

**Juan Francisco Batista**
**535 West 135th Street APT 4A**
**New York, NY 10031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,526.96 | $1,526.96 |

**Jun Luo**
**4212 28th St Apt 26K**
**Long Island City, NY 11101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,561.48 | $1,561.48 |

**Kenny A. Prada**
**454 Second Avenue W**
**East Northport, NY 11731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $651.14 | $651.14 |

**Klevis Toshka**
**4401 17 Ave**
**Brooklyn, NY 11204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,474.47 | $1,474.47 |
|---|---|---|---|---|

**Lin Min Huang**
**649 74th St**
**Brooklyn, NY 11209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,310.58 | $2,310.58 |
|---|---|---|---|---|

**Lucio S. Carreno**
**104-22 37th Drive 1st FL**
**Corona, NY 11368**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,895.92 | $4,895.92 |
|---|---|---|---|---|

**Luis Arroyo**
**150 Summit Avenue Apt 1B**
**Cliffside Park, NJ 07010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,967.42 | $2,967.42 |
|---|---|---|---|---|

**Marco A. Mendieta**
**32-44 77th St**
**East Elmhurst, NY 11370**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **DaDong Catering LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,997.72 | $1,997.72 |
|---|---|---|---|---|

**Maria Palaguachi**
**3750 Broadway  Apt B**
**New York, NY 10032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,917.40 | $1,917.40 |
|---|---|---|---|---|

**MaryAnn Lorick**
**545 W 126 St., Apt 7b**
**New York, NY 10027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.87 | $670.87 |
|---|---|---|---|---|

**Md Matiur Khan**
**2361 East 15th St**
**Brooklyn, NY 11229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,366.48 | $1,366.48 |
|---|---|---|---|---|

**Melissa Augusto**
**911 Walton Avenue #2C**
**Bronx, NY 10452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $931.68 | $931.68 |
|---|---|---|---|---|
| | **Michael Arias**<br>**203 East 175th Street Apt 51**<br>**Bronx, NY 10457** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,879.51 | $1,879.51 |
|---|---|---|---|---|
| | **Michael Choe**<br>**240-83 67th Avenue**<br>**Douglaston, NY 11363** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.68 | $315.68 |
|---|---|---|---|---|
| | **Mohammed Uddin**<br>**8004 95th Ave FL1**<br>**Ozone Park, NY 11416** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,765.81 | $1,765.81 |
|---|---|---|---|---|
| | **Muhammed Foisal**<br>**107-21 78th Street**<br>**Ozone Park, NY 11417** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | DaDong Catering LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,092.97 | $1,092.97 |
|---|---|---|---|---|

**Nian Chen**
**117 West 90th Street Apt 3A**
**New York, NY 10024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92,111.01 | $0.00 |
|---|---|---|---|---|

**NY City Department of Finance**
**P.O. Box 2307**
**New York, NY 10272-2307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/10/2019**

Basis for the claim:
**tax warrant 003905344-01**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389,362.17 | $0.00 |
|---|---|---|---|---|

**NYS Dept of Taxation & Finance**
**Civil Enforcement – Region 4A**
**Albany, NY 12227-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**tax warrant E-049330911-W001-6**
**tax warrant E-049330911-W006-8**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,743.52 | $1,743.52 |
|---|---|---|---|---|

**Osiel Uribe**
**36-13 109th St 3rd Floor**
**Queens, NY 11368**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/19 - 11/10/19**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address<br>**Pai Wen Feng**<br>**1259 67th St**<br>**Brooklyn, NY 11219** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$499.14** | **$499.14** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address<br>**Ronald A. Ortiz**<br>**93-09 215th St**<br>**Queens Village, NY 11428** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$585.02** | **$585.02** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address<br>**Roselio Serrano**<br>**40 Cooper Street Apt 4A**<br>**Brooklyn, NY 11207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$983.46** | **$983.46** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address<br>**Rui Min Jiang**<br>**205 Grand St**<br>**New York, NY 10013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,604.18** | **$1,604.18** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor **DaDong Catering LLC**
Name

Case number (if known)

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,819.05 | $1,819.05 |
|---|---|---|---|---|
| | **Shangxin Li**<br>**159-08 43 Ave**<br>**Flushing, NY 11358** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,210.90 | $2,210.90 |
|---|---|---|---|---|
| | **Shue Ning**<br>**14105 58th Ave**<br>**Flushing, NY 11355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,907.47 | $2,907.47 |
|---|---|---|---|---|
| | **Sonam Dhundup**<br>**4051 77th St Floor 2**<br>**Elmhurst, NY 11373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,279.19 | $2,279.19 |
|---|---|---|---|---|
| | **Troy Rose**<br>**718 Linwood St**<br>**Brooklyn, NY 11208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/14/19 - 11/10/19** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,731.30 | $1,731.30 |
|---|---|---|---|---|
| | **Vincente Melendez Arias** | *Check all that apply.* | | |
| | **131 Saint Nicholas Ave** | ☐ Contingent | | |
| | **Apt. 13C** | ☐ Unliquidated | | |
| | **New York, NY 10026** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **10/14/19 - 11/10/19** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,695.40 | $2,695.40 |
|---|---|---|---|---|
| | **Wai C. Low** | *Check all that apply.* | | |
| | **51 New Lane** | ☐ Contingent | | |
| | **Staten Island, NY 10305** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **10/14/19 - 11/10/19** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,503.51 | $1,503.51 |
|---|---|---|---|---|
| | **Wei Ming Liao** | *Check all that apply.* | | |
| | **8210 15th Ave** | ☐ Contingent | | |
| | **Brooklyn, NY 11228** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **10/14/19 - 11/10/19** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,880.65 | $2,880.65 |
|---|---|---|---|---|
| | **William Cove** | *Check all that apply.* | | |
| | **118-82 Metropolitan Ave** | ☐ Contingent | | |
| | **Kew Gardens, NY 11415** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **10/14/19 - 11/10/19** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **DaDong Catering LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**1460 Broadway Tenant LLC**
**1460 Broadway**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,218,112.34** |
|---|---|---|---|

**3 BP Property Owner LLC**
**PO Box 781998**
**Philadelphia, PA 19178-1998**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/9/2019**

Basis for the claim:  **Landlord and Tenant Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**A1 Dependable Construction Inc**
**132 Fieldmere St.**
**Elmont, NY 11003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Abraham Pollack**
**253 Powers Street #1RR**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ace Endico Corp.**
**80 International Blvd.**
**Brewster, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Acker Merrall & Condit Company**
**160 West 72 St.**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,527.38** |
|---|---|---|---|

**Action Environmental Services**
**P O Box 554744**
**Detroit, MI 48255-4744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **DaDong Catering LLC**                                    Case number (if known) _____
          Name

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Advanced Printing of New York,**
**320 West 37th St.**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AFCO**
**5600 N. River Road, Suite 400**
**Rosemont, IL 60018-5187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,266.26 |
|---|---|---|---|

**Air Clean Group Inc**
**154-05 12th Avenue**
**Whitestone, NY 11357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**All Glass Professionals**
**654 Whiskey Rd**
**Ridge, NY 11961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54,992.00 |
|---|---|---|---|

**All Season Hospitality**
**12 Breiderhoft Rd**
**Kearny, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**All Season Movers, Inc.**
**12 Breiderhoft Rd**
**Kearny, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,373.66 |
|---|---|---|---|

**All Service Kitchen Equipment**
**10 Charles St.**
**P,O. Box 310**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,865.72 |
|---|---|---|---|

**Alma Gourmet**
**39-12 Cresent St**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __supplier__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alpi USA Inc.**
**70 East Sunrise Highway**
**Suite 607**
**New York, NY 11581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alpine Construction & Landscap**
**404 Fifth Ave**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amass International Group (New**
**JFK Cargo Building 75, Ste 200**
**N. Hangar Rd**
**Jamaica, NY 11430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,870.72 |
|---|---|---|---|

**American Express**
**P.O. Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __credit card__

Last 4 digits of account number  __1006__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Xu**
**252-37 60th Ave.**
**Little Neck, NY 11362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.00 |
|---|---|---|---|

**Angels' Share Wine Imports, LL**
**106 Ferris Street #1L**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __supplier__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anheuser-Busch Sales & Service**
**550 Food Center Dr**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aramark Refreshment Services**
**1511 Tonnelle Ave**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arc Excess And Surplus LLC**
**113 South Service Rd**
**P.O.Box 9012**
**Jericho, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,501.80 |
|---|---|---|---|

**Arista Air Conditioning Corp**
**38-26 10th Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,779.88 |
|---|---|---|---|

**Asian Bok Choy, Inc.**
**969 Grand St**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Askbor Pty Ltd (Australia)**
**Level 2/ 60 Foster St.**
**Surry Hills, NSW 2010**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avero LLC**
**235 Park Ave South**
**7th Floor**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Axiom Design & Build**
23 Heisser Ct
Farmingdale, NY 11735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bacchus Imports, Inc.**
**DBA Soilair Select**
150 W 30th St, Suite 706
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bak Internationa Trade Inc.**
2301 Borden Ave
Long Island City, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,228.44 |
|---|---|---|---|

**Baldor Specialty Foods, Inc.**
P.O. Box 5411
New York, NY 10087-5411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $317.60 |
|---|---|---|---|

**Balter Sales Company, Inc.**
209 Bowery
New York, NY 10002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BankDirect Capital Finance**
P.O.Box 660448
Dallas, TX 75266-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.00 |
|---|---|---|---|

**Banville & Jones Wine Merchant**
126 East 38th St, 3rd Floor
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,976.99** |
|---|---|---|---|

**Barnelap Industry/Obena Supply**
**31-18 38th Ave**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Beijing Aijiantongyi Trading D**
**Rm 1026 Commercial Bldg.**
**No. 33 Dengshikou St., Beijing**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Belle Fleur Home, LLC**
**134 Fifth Ave**
**4th Floor**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$486.00** |
|---|---|---|---|

**Benefitmall**
**P.O.Box 638246**
**Cincinnati, OH 45263-8246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamaporn Boonroung**
**105 Van Cortlandt Ave W 1FL**
**Bronx, NY 10463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,452.90** |
|---|---|---|---|

**Blue Island Oysters Co. Inc.**
**P.O.Box 31**
**West Sayville, NY 11796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blue Moon Acres Inc.**
**PO Box 201**
**Buckingham, PA 18912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **DaDong Catering LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BNP Distibuting Co Inc.**<br>**340 East 93rd Street #12J**<br>**New York, NY 10128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brewer Cantelmo LLC**<br>**109 West 27th St**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brian J. McAnneny Consulting,**<br>**408 East 92nd**<br>**Apt. 15E**<br>**New York, NY 10128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,652.37 |
|---|---|---|---|
| | **Broadway Party Rentals**<br>**134 Morgan Ave**<br>**Brooklyn, NY 11237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **supplier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.50 |
|---|---|---|---|
| | **Brooklyn Food and Beverage**<br>**465 Johnson Ave**<br>**Brooklyn, NY 11237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **supplier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Browne Trading**<br>**Merril's Wharf**<br>**260 Commercial St.**<br>**04110-1000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Bulletproof Foodservice LLC**<br>**42 West Street #337**<br>**Brooklyn, NY 11222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **DaDong Catering LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Buonitalia**
**Misono Food Ltd**
**109 Port Jersey Blvd**
**Jersey City, NJ 07305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C&M First Services**
**1560 Broadway**
**Suite 800**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,821.98 |
|---|---|---|---|

**Cambridge Packing Co, Inc.**
**41-43 Foodmart Road**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Loazyza**
**15 Clark Rd**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catalpa Special Inspections**
**1270 Broadway**
**Suite 808**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catherine McDaniel**
**55 West End Avenue S11H**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CEC Elevator Cab Corp.**
**540 Manida St**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **DaDong Catering LLC**
_____    Case number (if known) _____
Name

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Certified G. I., Inc.**
**623 West 51st St**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Certified of N.Y., Inc.**
**623 West 51st St**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chain's Concept Management Com**
**Room 3011, 30/F, Tower A, Sout**
**11 Yip Hing St, Wong Chuk Hang**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chase Card Services**
**PO Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,206.00 |
|---|---|---|---|

**Chef's Garden Inc.**
**c/o C2C Resources LLC**
**56 Perimeter Center East, Ste**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **supplier**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CIT Group Inc.**
**21146  Network Place**
**Chicago, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,120.00 |
|---|---|---|---|

**Citywide Elevator Consulting**
**US Highway 22, Suite 100A**
**Bridgewater, NJ 08807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **elevator services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CJI, LLC**
**47 E. 88th St.**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Classic Wines Inc.**
**52 Poplar Street**
**Stamford, CT 06907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,710.00 |
|---|---|---|---|

**CNS Enterprises, Inc.**
**36-02 13th St**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Cognac One LLC**
**135 East 57th St**
**Floor 10 -Unit 86**
**New York, NY 10022-2158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Compeat, Inc.**
**12303 Technology Blvd**
**Suite 930 D**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439.30 |
|---|---|---|---|

**Con Edison Company of N.Y. Inc**
**JAF Station**
**P.O.Box 1702**
**New York, NY 10116-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674.17 |
|---|---|---|---|

**Cooper Electric Supply Co.**
**42 Cindy Lane**
**Asbury Park, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporate Courier New York Inc**
**115 W 30 St**
**Ste 1105**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cort Business Services Corpora**
**3455 W. Sunset Rd**
**Suite A Att: Cyrea Moroe**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crasse De Fer LLC/Williams Cor**
**1112 E Market St B22**
**Charlottesville, VA 22902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $629.30 |
|---|---|---|---|

**Crown Castle Fiber LLC**
**PO Box 27135**
**New York, NY 10087-7135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **network services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cutting Edge Elite Inc.**
**96 Berry St, Suite 2**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,966.10 |
|---|---|---|---|

**D'Artagnan, LLC**
**600 Green Lane**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DaDong Investors I LLC**
**1500 Broadway**
**Suite #3301**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DaDong Management LLC**
**1500 Broadway**
**Suite #3301**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dai & Associates, P.C.**
**1500 Broadway**
**22nd Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $983.45 |
|---|---|---|---|

**Dairyland USA Corporation**
**P.O.Box 30943**
**New York, NY 10087-0943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dana G. Gold**
**1253 Mara Court**
**Atlantic Beach, NY 11509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel D. Stevens, Inc.**
**7618 17th Ave.**
**Brooklyn, NY 11214-1106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel R. Valez Jr.**
**1903 E Main St**
**Mohegan Lake, NY 10547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370.00 |
|---|---|---|---|

**David Bowler LLC**
**119 West 23rd St, Suite 507**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,048.36 |
|---|---|---|---|

**Day & Nite Refrigeration Servi**
10 Charles St
P.O. Box 310
New Hyde Park, NY 11040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __repairs__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,891.17 |
|---|---|---|---|

**Debragga & Spitler Inc.**
65-77 Amity St
Jersey City, NJ 07304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __supplier__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Delancey Laundromat Inc.**
9-11 Delancey St
New York, NY 10002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Denis Vlasov**
337 East 49th St, #22
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dept. of Finance Commissioner**
P.O. Box 2307
Peck Slip Station
New York, NY 10272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diamond Hong INC**
211 41st St
Brooklyn, NY 11232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dom Doria & Son Wholesale Prod**
53 Orange Dr
Jericho, NY 11753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **DaDong Catering LLC**
_____
Name

Case number (*if known*) _____

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Domaine Select Wine & Spirits**
**105 Madison Ave, 13th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,213.97 |
|---|---|---|---|

**Done Right Hood & Fire Safety**
**P.O Box 100772**
**Brooklyn, NY 11210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dong Sun River LLC**
**132-35 41 Road, #12A**
**Flushing, NY 11355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doris Leka**
**65-13 Fresh Pond Rd**
**3rd Floor**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dragon (HK) Marine Product Lim**
**Rm 505-06, Hing Wai Centre, #7**
**Tin Wan Praya Road**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Duclot La Vinicole LLC**
**P. O.BOX 101**
**Manhasset, NY 11030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,227.07 |
|---|---|---|---|

**Dyami Architecture PC**
**80 Red Schoolhouse Rd**
**Suite 105**
**Chestnut Ridge, NY 10977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**E Realty Corp**
**39-07  Prince St  #6E**
**Flushing, NY 11354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**E.B. Cohen & Assoc. A.A.LLC**
**101 Eisenhower Parkway**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**E.I. Studio Inc.**
**43-01 21st St**
**Ste. 220 B**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**East West Bank**
**135 N. Los Robles**
**Suite 200**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ecolab Food Safety**
**24198 Network Pl**
**Chicago, IL 60673-1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $901.81 |
|---|---|---|---|

**Ecolab Inc.**
**P.O. Box 32027**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **equipment lease**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.22 |
|---|---|---|---|

**Ecolab Institutional**
**24198 Network Place**
**Chicago, IL 60673-1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **DaDong Catering LLC**                                            Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.106 | |

**Nonpriority creditor's name and mailing address**

**Economic & Policy Resources, I**
P.O. Box 1660
Williston, VT 05495-1660

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.107 | |

**Nonpriority creditor's name and mailing address**

**Element Seafood**
**Wet Seafood Corp. DBA Element**
50 Franklin Avenue
Brooklyn, NY 11205

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.108 | |

**Nonpriority creditor's name and mailing address**

**Elias Rodriguez**
374 West 127th st #3F
New York, NY 10024

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.109 | |

**Nonpriority creditor's name and mailing address**

**Ellias B. Cohen & Associates**
101 Elsenhower Parkway
Roseland, NJ 07068

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.110 | |

**Nonpriority creditor's name and mailing address**

**Empire Merchants, LLC**
16 Bridgewater St
Brooklyn, NY 11222

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                    **$12,295.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.111 | |

**Nonpriority creditor's name and mailing address**

**Empire Sign Display, Inc.**
314b W 36th St
New York, NY 10018

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.112 | |

**Nonpriority creditor's name and mailing address**

**Environmental Temperature Syst**
111 Roosvelt Ave
Suite C
Mineola, NY 11501

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erik Wangkanusa**
8104 45th Ave
Elmhurst, NY 11373

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Euro Ceramica Inc.**
103 William St, Suite 11
Boonton, NJ 07005

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Euro Maintenance Inc.**
64-34 Palmetto Street
Ridgewood, NY 11385

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,387.06 |
|---|---|---|---|

**F. Rozzo & Sons**
159 Ninth Ave
New York, NY 10011

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __supplier__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Federman Steifman LLP**
220 East 42nd street, 29th FL
New York, NY 10017

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FEDEX**
P.O.Box 223125
Pittsburgh, PA 15251-2125

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FEDEX**
P.O.Box 371461
Pittsburgh, PA 15250-7461

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Finance Commissioner, NYC**
**P.O. Box 2307**
**Peck Slip Station**
**New York, NY 10272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Fire Masters**
**506 10th Ave**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.95

**Fish Co**
**PO BOX 1529**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __supplier__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Fisher Harris Shapiro Inc.**
**880 Third Ave**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Fleur Seule LLC**
**311 West 47th St**
**Apt. 1B**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Floralia Events Inc.**
**150 West 55th St**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Forthave Spirits**
**630 Flushing Ave. Box #19**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.127** Nonpriority creditor's name and mailing address

**Fox Rothschild LLP**
Attn: Accounts Receivable - 60
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$483.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **legal services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address

**Frederick Wildman & Sons, Ltd**
307 East 53rd St
New York, NY 10022

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$560.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address

**Fresco Products Inc.**
5626 Post Rd
Bronx, NY 10471

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

**Fruit of the Vines, Inc.**
51-02 Vernon Blvd
Long Island City, NY 11101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

**G.A.F.Seelig, Inc.**
59-05 52nd Ave
Woodside, NY 11377

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.132** Nonpriority creditor's name and mailing address

**Gabriela Fine Wines**
305 West, 87th St #1
New York, NY 10024

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.133** Nonpriority creditor's name and mailing address

**George Breslaw Plumbing LLC**
559 West 45th St
New York, NY 10036

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **DaDong Catering LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**George Wong Design, Inc.**
**104 W 14 St**
**Suite 502**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Giovanni Flores**
**278 Suydam Street Apt 3R**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gotham Artisanal**
**56-36 59th St**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,867.56 |
|---|---|---|---|

**Gotham Seafood Corporation**
**542 West 29th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gourmet Cargo, LLC**
**642 Fayette Ave**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $983.27 |
|---|---|---|---|

**Grainger, Inc.**
**Dept. 886814391**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grand Cru Selections, LLC**
**5 West 19th Street, Suite 3R**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,442.59** |
| | **Green Oil Recycling Inc.**<br>**PO Box 100772**<br>**Brooklyn, NY 11210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __grease trap cleaner__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Greenberg, Trager & Herbst, LL**<br>**767 Third Avenue, 12th FL**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __NOTICE ONLY__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Guan Dong Yi Jia INC**<br>**4609 Kissena Blvd**<br>**Flushing, NY 11355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __NOTICE ONLY__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,800.00** |
| | **Hall PR LLC**<br>**161 W 23rd St**<br>**3rd Floor**<br>**New York, NY 10011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __public relations services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Halperns Steak & Seafood Compa**<br>**601 Kentile Road**<br>**South Plainfield, NJ 07080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __NOTICE ONLY__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **High Style Rentals**<br>**445 Sills Road Suite #3F**<br>**Yaphank, NY 11980** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __NOTICE ONLY__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
| | **HNY Consulting Engineers, LLC**<br>**PO Box 785566**<br>**Philadelphia, PA 19178-5566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,258.28 |
|---|---|---|---|

**Hobart Service**
P.O. Box 2517
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **maintenance and repairs of foodservice equipment**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hongmei Zhang**
7 Hedgerow Lane
Jericho, NY 11753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,016.81 |
|---|---|---|---|

**I.Halper Paper & Supplies Inc.**
51 Hook Road
Bayonne, NJ 07002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **supplier**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**I.M.Plumbing & Heating Corp.**
412 8th Avenue, 2nd Floor
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,267.61 |
|---|---|---|---|

**ICC**
519 8th Avenue, 4th Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **IT services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.22 |
|---|---|---|---|

**Illy Caffe North America, Inc.**
PO Box 29917
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **supplier**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Imp Plumbing & Heating**
412 8th Ave
7th Floor
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **DaDong Catering LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Independence Wine & Spirits**
**165 Elleen Way**
**Suite D**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Innovative Communication Conce**
**519 8th Avenue**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,960.59 |
|---|---|---|---|

**IPFS Corporation**
**P.O. Box 700**
**Amherst, NY 14226-0700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IPO Wines, LLC**
**119 West 23rd St**
**Suite 803**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ipromoteu**
**P.O. Box 200896**
**Pittsburgh, PA 15251-0896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Iron Bridge Consulting, LLC**
**22 Cortlandt St**
**Suite 1701**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __consulting services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**J&M Custom Sheet Metal, LLC**
**1331 New Brooklyn Rd**
**Erial, NJ 08081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DaDong Catering LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Jacobs Doland Beer LLC**<br>**192 Lexington Avenue**<br>**Suite 804**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __NOTICE ONLY__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Jacqueline Ribas Tudeme**<br>**40 West 116 St**<br>**Apt a607**<br>**New York, NY 11206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __NOTICE ONLY__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|
| | **JAM Consultants Inc.**<br>**104 West 29th St**<br>**9th Floor**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __consulting services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,999.28 |
|---|---|---|---|
| | **JDB Market Corp dba John's Mar**<br>**25-20 50th Ave**<br>**Long Island City, NY 11101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __supplier__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,276.48 |
|---|---|---|---|
| | **Jia Law Group**<br>**225 Broadway, 17th Floor**<br>**New York, NY 10007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __legal services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Jian Feng Ren**<br>**Riva R82**<br>**7 Hedgerow Lane**<br>**Jericho, NY 11753** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __NOTICE ONLY__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Jiang Du**<br>**88 Morgan St**<br>**Apt. 4206**<br>**Jersey City, NJ 07302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __NOTICE ONLY__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jin Tao Chen & Sau Kuen Wong**
**143 Bay 29th St**
**2nd Floor**
**Brooklyn, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JMart Group**
**136-20 Rossevelt Ave**
**Flushing, NY 11354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |
|---|---|---|---|

**Joe Jurgielewiczvson Ltd.**
**P.O. Box 257**
**Shartlesville, PA 19554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __supplier__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Johana Langi**
**3555 38th St**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,828.46 |
|---|---|---|---|

**John's Gourmet Food Service**
**P.O. Box 740454**
**Bronx, NY 10471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __supplier__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Julius Silvert Inc.**
**231 E. Luzerne St**
**Philadelphia, PA 19124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Systems, Inc.**
**9433 Bee Cave Road**
**Building II, Suite 102**
**Austin, TX 78733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**K H Wurtz v/Kasper Heie Wurtz**
**Kirkebakken 41 Hatting -**
**8700 Horsens**
**DENMARK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kaback Service Inc.**
**318 West 39th Street, 2nd FL**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kaisen INC.**
**41 Schermerhorn St.**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kanawati Enterprises**
**249 Lodi St.**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kimmie Kakes LLC**
**270 W 38th St**
**Suite #1704**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kinson Wholesale, INC.**
**33 West 19th street, 4th FL**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**KOP KG One LLC**
**750 Lexington Ave**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __retainer to Akerman LLP__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristian Rodriguez**
**212 West 91 St Apt 923**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kuafu Properties. LLC**
**1500 Broadway**
**Suite#2202**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577.04 |
|---|---|---|---|

**L&T Restaurant Equipment Inc.**
**62 Allen St**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laurel Lake Vineyards**
**3165 Main Road**
**Laurel, NY 11948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $453.37 |
|---|---|---|---|

**Level 3 Communications, LLC**
**PO Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Li, Rui Ying**
**4260 Main St**
**Flushing, NY 11355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Liberty Coca-Cola LLC**
**PO Box 780810**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lin Zhu**
**144-15 41st Apt 418**
**Flushing, NY 11355**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,701.75 |
|---|---|---|---|

**Linear Technologies, Inc.**
**259 West 30th St**
**Suite 201**
**New York, NY 10001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __services__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Liu, WenLi**
**1604 80th Street, Floor 1**
**Brooklyn, NY 11214**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LLL International Travel Inc.**
**136-21 Roosevelt Ave.**
**Suite#211**
**Flushing, NY 11354**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Longyu Gao**
**206 E 10th St. Apt D**
**New York, NY 10003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lu Xiao**
**47-28 11th Street Apt 6D**
**Long Island City, NY 11101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lutron Services Co**
**P.O. Box 644396**
**Pittsburgh, PA 15264-4396**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | DaDong Catering LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,449.39 |
|---|---|---|---|
| | M. Tucker<br>150 South Twin Valley Rd<br>Elverson, PA 19520 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  supplier | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.00 |
|---|---|---|---|
| | M.S. Walker, Inc.<br>975 University Ave.<br>Norwood, MA 02062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  supplier | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Mac Felder Inc.<br>610 11 Ave<br>New York, NY 10036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  NOTICE ONLY | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Madison Fisher<br>914 Bergen St.<br>Apt. 3<br>Brooklyn, NY 11238 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  NOTICE ONLY | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Main Street Wholesale Meats<br>210 Main St<br>Farmingdale, NY 11735 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  NOTICE ONLY | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.19 |
|---|---|---|---|
| | Manhattan Beer Distributors<br>955 East 149th St<br>Bronx, NY 10455-2097 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  supplier | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Marshall-Alan Associates, Inc.<br>5 West 37th Street<br>Suite# 800<br>New York, NY 10018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  NOTICE ONLY | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **DaDong Catering LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Maspeth Welding, Inc.**
**59-30 54th St**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Massanols, LLC**
**443 Park Avenue South**
**Suite 700**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Master Fire Extinguishers, Inc**
**1776 East Tremont Ave**
**Bronx, NY 10460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Maxine Kabol Special Events**
**50 Lexington Ave**
**Suite 17 E**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Mayim Water Inc.**
**111 John Street, Suite 1610**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Mckinney Welding Supply Co., I**
**1145 Bronx River Ave**
**Bronx, NY 10472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Merak Business & Travel Consul**
**Skansevaenget 12**
**3520 Farum**
**DENMARK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meredith Suzuki LLC**
**140 E 16th Street #1A**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Metro Sign & Design Communicat**
**22-00 Arcadia Road**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Jordan**
**142 East 16th St**
**Apt. 3D**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Leo**
**5916 Woodside Ave**
**Apt 1R**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Scaffidi**
**365 Bond A510**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MicroMagic Co., Inc.**
**2640 East 14th Street, Unit C2**
**Brooklyn, NY 11235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**moddern marketing services, LL**
**340 Madison Ave**
**19th Floor**
**New York, NY 10173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monsieur Touton Selection, Ltd**
**129 West 27th Street, 9th FL**
**New York, NY 10001**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MP Fish LLC**
**5-18 50th Ave**
**Long Island City, NY 11101**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mushrooms & More**
**37 Fulton Street**
**White Plains, NY 10606**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**National Register Agents**
**P.O. Box 4349**
**Carol Stream, IL 60197-4349**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NCR Corporation**
**108 W 39th St**
**New York, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**New York State Liquor Authorit**
**117 Broadway**
**Albany, NY 12202**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NJS Electrical Services Corp.**
**36-16 13th St**
**Long Island City, NY 11106**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,178.24 |
|---|---|---|---|

**North East Linen Supply**
**P.O.Box 984003**
**Boston, MA 02298-4003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NRAI, Inc.**
**PO Box 4349**
**Carol Stream, IL 60197-4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**NYC & Company INC**
**810 Seventh Avenue, 3rd Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **marketing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NYC DOHMH**
**Division of Payments**
**P.O. Box 787656**
**Philadelphia, PA 19178-7656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $315.00 |
|---|---|---|---|

**NYC Fire Department**
**Church Street Station**
**PO Box 840**
**New York, NY 10008-0840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NYC Fire Department**
**PO Box 412014**
**Boston, MA 02241-2014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NYC Hospitality Alliance**
**65 West 55th St**
**STE 203A**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oasis**
**7 Pennsylvania Plaza #305**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Okeanos Aquascaping**
**521 W 26th St**
**Suite #600**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Open Table**
**29109 Network Place**
**Chicago, IL 60673-1291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Opici Family Distributing**
**3 Manhattanville Rd**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Other Half Brewing Company, In**
**195 Centre St**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paris Gourmet Of N.Y. LLC**
**PO Box 36242**
**Newark, NJ 07188-6242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.00 |
|---|---|---|---|

**Park Street Imports**
**1000  Brickell Ave. Ste 915**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __supplier__

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **DaDong Catering LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Parker Ginn Marvin**
**88 Greenwich St #2602**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,790.27 |
|---|---|---|---|

**Pat Lafrieda Meat Purveyors**
**3701 Tonnelle Ave**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,072.42 |
|---|---|---|---|

**Patriot Electric Corp**
**15-17 126 St**
**College Point, NY 11356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **electrical services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paul Jambor**
**50 Franklin Ave**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paychex of New York LLC**
**Lockbox #732954**
**P.O.Box 732954**
**Dallas, TX 75373-2954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Petit Pois Corporation**
**Sussex Wine Merchants**
**50 Twosome Dr., Suite 3**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Petrossian Distribution, Inc.**
**11-39 47th Ave**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.246** | Nonpriority creditor's name and mailing address

**Piccinini Brothers, Inc.**
**633 9th Ave**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address

**Pipe Drems**
**857 Union Street 2-C**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$174.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address

**Po Wing Trading Corp.**
**123 Banker St**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$9,925.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address

**Polaner Selections**
**19 N. Moger Ave.**
**Mount Kisco, NY 10549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address

**Popular Plumbing and Heating C**
**10 Charles St.**
**P.O. Box 310**
**New Hyde Park, NY 11040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address

**Prager Metis CPAs, LLC**
**14 Penn Plaza**
**Suite #1800**
**New York, NY 10122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$41,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **accounting services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address

**Print Scan LLC**
**21 Pulaski Road**
**Kings Park**
**Kings Park, NY 11754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **DaDong Catering LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Private Cask Imports/MHW Ltd**
**1129 Northern Blvd**
**Manhasset, NY 11030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pro Tapping, Inc.**
**620 Gravelly Hollow Rd**
**Medford, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,504.79 |
|---|---|---|---|

**Quality Building Services Corp**
**801 2nd Ave**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Randall Fayette Bellows III**
**475 Kent Ave.**
**Apt. 302**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Receivables Performance Manage**
**PO Box 1548**
**Lynnwood, WA 98046-1548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Regal Wine Imports**
**636 Broadway, Suite 712**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Regal Wine Imports Inc.**
**2 Commerce Drive, Suite 3**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ridge Produce Inc.**
P.O. Box 740454
Bronx, NY 10474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,676.59 |
|---|---|---|---|

**Riviera Produce Corp.**
205 Jackson St
Englewood, NJ 07631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __supplier__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rocket and Walker Inc.**
379 West Broadway, 2nd Floor
New York, NY 10012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rocket and Walker Inc.**
175 Varick
2nd Floor
New York, NY 10014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Royal Wine Company**
63-65 Le Fante Way
P.O. Box 17
Bayonne, NJ 07002-0017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RRP Plumbing Corp.**
222 East Meadow Ave
Suite 2B
East Meadow, NY 11554

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,874.05 |
|---|---|---|---|

**S.K.I. Beer Corp.**
169 Bar Gardner Ave
Brooklyn, NY 11237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __supplier__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scarlett Enterainment INC**
**5550 Painted Mirage Rd.**
**Suite 320**
**Las Vegas, NV 89149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.94 |
|---|---|---|---|

**Scheman's Bryant Park**
**55 West 39th St**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __supplier__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Security Services Inc.**
**5 Johson Dr**
**Stony Point, NY 10980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Selection Pas Mal**
**285 West Broadway, Suite 330**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sentinel Management Group, Inc**
**96-59 222nd Street, Suite#200**
**Queens Village, NY 11429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shawmut Design and Constructio**
**3 East 54th St**
**10th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ShelterPoint Life**
**PO Box 9340**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ShiftNote LLC**
**P.O. Box 24392**
**Shawnee Mission, KS 66283-4392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shin Kanemitsu**
**239 East 110st #1**
**New York, NY 10029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Singer Equipment Co., Inc.**
**150 South Twin Valley Rd**
**Elverson, PA 19520-9387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Skurnik Wines**
**PO Box 1315**
**Syosset, NY 11791-1315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Small Tell and Son, Inc.**
**300 Smith St.**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smartsheet Inc.**
**Dept 3421**
**PO Box 123421**
**Dallas, TX 75312-3421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Soilair Selections**
**150 West 30th St**
**Suite 706**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **DaDong Catering LLC**                                    Case number (if known) _____
_____
Name

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SommPicks LLC**
548 Market St, #89930
San Francisco, CA 94104-5401

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,055.27 |
|---|---|---|---|

**Southern Glazer's Wine And Spi**
PO Box 3143
Hicksville, NY 11802

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $853.58 |
|---|---|---|---|

**Spectra Audio Design Group, LT**
12 West 21th St
New York, NY 10010

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.00 |
|---|---|---|---|

**Spectrio LLC**
P.O. Box 28289-0271
Charlotte, NC 28289-0271

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.98 |
|---|---|---|---|

**Spectrum**
PO Box 223085
Pittsburgh, PA 15251-2085

Date(s) debt was incurred _
Last 4 digits of account number  **1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Standard Pest Managment**
2580 Stainway St.
Long Island City, NY 11103

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Standard Security Life Ins. Co**
PO Box 2875
Clinton, IA 52733-2875

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stark Products Co., Inc.**
**29-14 122nd St**
**College Point, NY 11354**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State of Delaware**
**401 Federal St #4**
**Dover, DE 19901**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,742.69 |
|---|---|---|---|

**Statewide Fire Corp.**
**1 Teleport Drive - Suite 202**
**Staten Island, NY 10311**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stratford Engineering LLC**
**321 Broadway**
**5th Floor**
**New York, NY 10007**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,797.37 |
|---|---|---|---|

**Sysco Metro New York, LLC**
**20 Theodore Conrad Dr**
**Jersey City, NJ 07305**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**T Edward Wines Ltd**
**PO Box 242**
**Gardiner, NY 12525**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,268.00 |
|---|---|---|---|

**T. Elenteny Imports LLC**
**285 West Broadway, Suite 500**
**New York, NY 10013**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,635.58** |
|---|---|---|---|

**Tai He Trading Corp.**
**32-33 Hunters Point Ave**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tamika Fraser**
**30 W. 90th St**
**Apt. 1C**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Teng Tea LLC**
**123 East 7th St**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TGI Office Automation, Inc.**
**120 3rd St**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The Chef Agency**
**Stevens and Company LLC**
**275 Madison Ave, 24th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,277.93** |
|---|---|---|---|

**The Chef's Garden, Inc.**
**9009 Huron Avery Rd**
**Huron, OH 44839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,520.21** |
|---|---|---|---|

**The Lobster Place Inc.**
**75 9th Ave**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,473.75 |
|---|---|---|---|
| | **The Weeks Lerman Group** <br> **5838 Page Pl** <br> **Maspeth, NY 11378** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number  1283** | **Basis for the claim:  supplier** <br><br> Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|
| | **The Wine Trust** <br> **464 Heritage Rd** <br> **Suite G** <br> **Southbury, CT 06488** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:  supplier** <br><br> Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tiger & Fox 3 LLC** <br> **c/o Jinmei Yang** <br> **49 Hillside Drive,** <br> **Greenwich, CT 06830** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:  Promissory Note** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Time Warner Cable** <br> **Box 223085** <br> **Pittsburgh, PA 15251-2085** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:  NOTICE ONLY** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,392.49 |
|---|---|---|---|
| | **To Rise LLC** <br> **118-40 Montauk St** <br> **Saint Albans, NY 11412** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:  supplier** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Tongda Travel Inc.** <br> **133-20 Avery Ave 6B** <br> **Flushing, NY 11355** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:  NOTICE ONLY** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Tonglu Harmonious Landscape St** <br> **No.99 Long Tan Road** <br> **Cheng Nan Street, Hangzhou** <br> **CHINA** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:  NOTICE ONLY** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | DaDong Catering LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,089.27**

**Total Fire Protection**
5322 Avenue N
Brooklyn, NY 11234

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Total Quality Fire & Security**
135 West 29th St.
Suite 601
New York, NY 10001

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tradizione Imports**
205 E. 42nd St
20th Floor
New York, NY 10017

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Transperfect Translations Int'**
3 Park Avenue, 39th Floor
New York, NY 10016

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Travelers Insurance**
PO Box 660317
Dallas, TX 75266

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tri State Carbonation Service**
P.O.Box 333
Thompsonville, NY 12784

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __equipment lease__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,028.87**

**Tripleseat Software**
50 Beharrell St, Suite B
Concord, MA 01742

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,365.33 |
|---|---|---|---|

**True World Foods New York LLC**
**32-34 Papetti Plaza**
**Elizabeth, NJ 07206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **D100**

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,651.50 |
|---|---|---|---|

**Uline, Inc.**
**Attn: Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Union Beer Distributors**
**1213-17 Grand Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Union Security Life Insurance**
**21189 Network Place**
**Chicago, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Healthcare Oxford**
**P.O. Box 1697**
**Newark, NJ 07101-1697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Universal Background Sreening,**
**P.O. Box 5920**
**Scottsdale, AZ 85261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Universal Plumbing Inc.**
**214 N Fehr Way Ste B**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**US Dept of Homeland Security**
**208 E 51st St**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,996.75 |
|---|---|---|---|

**US Foods**
**1051 Amboy Ave**
**Perth Amboy, NJ 08861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.00 |
|---|---|---|---|

**USA Wine Imports, Inc.**
**285 West Broadway, Suite #330**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Val's Ocean Pacific**
**624 Worthen St.**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Van Deusen & Associates, Inc.**
**120 Eagle Rock Ave**
**Suite #310**
**East Hanover, NJ 07936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vandenberg & Feliu, LLP**
**60 East 42nd St**
**51st Floor**
**New York, NY 10165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**VDA LLC**
**120 Eagle Rock Ave**
**Suite 310**
**East Hanover, NJ 07936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Verity Wine LLC**
**PO Box 1826**
**New York, NY 10156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $417.51 |
|---|---|---|---|

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vesta (Guangzhou) Catering Equ**
**Huaqiao Science&Technology Par**
**Huadu District Guangzhou, PR 5**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vintus LLC**
**42 Memorial Plaza**
**Pleasantville, NY 10570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vipin Goyal**
**119 King St**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,008.78 |
|---|---|---|---|

**Vista Food Exchange, Inc.**
**B 101 Food Center Arcadem**
**Hunts Point Co-Op Market**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,198.00 |
|---|---|---|---|

**Vos Selections**
**555 8th Ave**
**Suite 1209**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$799.68** |
|---|---|---|---|

**Vranken Pommery**
**12 East 33rd St**
**7th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Waterlogic USA INC.**
**P.O. Box 677867**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **equipment lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Weeks-Lerman Group, LLC**
**58-38 Page Place**
**P.O.Box 0**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Well Port Container Line Inc.**
**161-15 Rockaway Blvd**
**Suite #308**
**Jamaica, NY 11434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**White Coffe**
**18-35 Stainway Place**
**P.O. Box 5189**
**Long Island City, NY 11105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Willis of New York, Inc.**
**P.O. Box 4557**
**New York, NY 10249-4557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Wilson Daniels Wholesale LLC.**
**19 W 24th 7th Floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wine Symphony, Inc.**
**580 Broadway. Rm 508**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,109.50 |
|---|---|---|---|

**Winebow, Inc.**
**d/b/a Martin Scott Wines**
**31 West 27th Street, 7th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Winzone Realty Inc.**
**81-15 Queens Blvd**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,173.00 |
|---|---|---|---|

**Wizard Studios North, Inc.**
**305 Ten Eyck St**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WK Foods LLC**
**810 South Broadway**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**World Class Bussines Products**
**48-49 35th St**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Xiaodong Wang**
**45-15 Aster Lane**
**Great Neck, NY 11020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Xiaojie Wu**
**246 Bainbridge Street Apt 6**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,638.77 |
|---|---|---|---|

**Xue & Associates, P.C.**
**1 School Street, Suite 303 A**
**Glen Cove, NY 11542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **legal services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yifan Bai**
**300 East 93rd Street**
**Apt 6A**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,862.45 |
|---|---|---|---|

**York Building Services, Inc.**
**PO Box 312**
**Manasquan, NJ 08736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Xue & Associates, P.C.**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zambup Music Group Inc**
**40 West 116 Street Apt A 607**
**New York, NY 10026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zheng Zhang**
**45-15 Aster Lane**
**Great Neck, NY 11020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**PO Box 299051**<br>**Fort Lauderdale, FL 33329-9051** | Line  **3.19**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **DaDong Catering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Amos Weinberg, Esq.**<br>**49 Somerset Dr S**<br>**Great Neck, NY 11020-1821** | Line **3.164**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Andrew Wilson**<br>**7 Park Ave Apt 5C**<br>**New York, NY 10016** | Line **2.6**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **ARSI**<br>**555 St. Charles Dr, Suite 100**<br>**Thousand Oaks, CA 91360** | Line **3.19**<br>☐ Not listed. Explain ____ | **6035** |
| 4.5 | **c/o RHK Recovery Group**<br>**1670 Old Country Road**<br>**Plainview, NY 11803** | Line **3.165**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Callahan Capital Properties**<br>**3 Bryant Park**<br>**1095 Avenue of the Americas**<br>**New York, NY 10036** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Carl E. Zapffe, Esq.**<br>**1551 South Washington Ave, Ste**<br>**Piscataway, NJ 08854** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Caroleyn Ng**<br>**527 West 46th St**<br>**New York, NY 10036** | Line **2.11**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **David M. Schulman, Esq.**<br>**Greenberg & Schulman**<br>**90 Woodbridge Centre Dr. #200**<br>**Woodbridge, NJ 07095-1182** | Line **3.197**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Don L. Hochler, Esq.**<br>**7600 Jericho Turnpike, Ste 300**<br>**Woodbury, NY 11797** | Line **3.165**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Don L. Hochler, Esq.**<br>**7600 Jericho Turnpike, Ste 300**<br>**Woodbury, NY 11797** | Line **3.301**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **East Coast Asset Recovery**<br>**90D Forest Ave**<br>**Glen Cove, NY 11542** | Line **3.116**<br>☐ Not listed. Explain ____ | **1232** |
| 4.13 | **Frank D. Platt, Esq.**<br>**151 North Main St.**<br>**New City, NY 10956** | Line **3.335**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Ingold Law, PLLC**<br>**5555 Main St**<br>**Williamsville, NY 14221** | Line **3.302**<br>☐ Not listed. Explain ____ | _ |

| Debtor | DaDong Catering LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.15 | **Law Offices of L. Blake Morris**<br>**PO Box 3289**<br>**New York, NY 10008-3289** | Line **3.292**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Meyers, Saxon & Cole**<br>**3620 Quentin Rd**<br>**Brooklyn, NY 11234** | Line **3.93**<br>☐ Not listed. Explain ____ | **3443** |
| 4.17 | **Michael Apfelbaum, Esq.**<br>**129 West 75th St.**<br>**Suite #2**<br>**New York, NY 10023** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Michael W. McMahon, SVP**<br>**Callahan Capital Properties**<br>**3 Bryant Park**<br>**New York, NY 10036** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Mitchell D. Haddad, Esq.**<br>**Sills Cummis & Gross P.C.**<br>**101 Park Ave, 28th Fl**<br>**New York, NY 10178** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Myers Saxon & Cole**<br>**3620 Quentin Rd**<br>**Brooklyn, NY 11234** | Line **3.324**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Nichole D. Cortese, Esq.**<br>**Loeb & Loeb LLP**<br>**345 Park Ave**<br>**New York, NY 10154** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Pragna Parikh, Esq.**<br>**Smith Carroad**<br>**5036 Jericho Tpke**<br>**Commack, NY 11725** | Line **3.316**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Relin, Goldstein & Crane, LLP**<br>**28 East Main St., Suite 1800**<br>**Rochester, NY 14614** | Line **3.93**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Robert D. Block, Esq.**<br>**250 Park Ave., 7th Floor**<br>**New York, NY 10177-0799** | Line **3.335**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Steven M. Lutt, Esq.**<br>**White & Case LLP**<br>**1221 Avenue of the Americas**<br>**New York, NY 10020-1095** | Line **3.304**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Timothy J. Fierst, Esq.**<br>**22 Bayview Ave, Suite 202**<br>**Manhasset, NY 11030** | Line **3.306**<br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Timothy Wan, Esq.**<br>**Smith Carroad**<br>**PO Box 49**<br>**Commack, NY 11725** | Line **3.316**<br>☐ Not listed. Explain ____ | _ |

Debtor    **DaDong Catering LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.28  **William Vazquez**<br>**CBRE Asset Services**<br>**3 Bryant Park**<br>**New York, NY 10036** | Line  **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29  **Zwicker & Associates, P.C.**<br>**80 Minuteman Rd**<br>**Andover, MA 01810-1008** | Line  **3.19**<br><br>☐ Not listed. Explain ____ | **6216** |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    **632,030.24** |
| **5b. Total claims from Part 2** | 5b. + | $                 **3,072,884.01** |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $              **3,704,914.25** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>DaDong Catering LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease Agreement dated January 1, 2016 Amendment to Retail Lease Agreement dated March 1, 2016 Second Amendment of Lease** |
|         State the term remaining | **term expiring February 28, 2031** |
|         List the contract number of any government contract | **3 BP Property Owner LLC c/o Callahan Capital Propertie 3 Bryant Part New York, NY 10036** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Commercial Insurance Premium Finance and Security Agreement for Employment Practices Liability Insurance** |
|         State the term remaining | |
|         List the contract number of any government contract | **Bank Direct Capital Finance 150 North Field Dr., Ste 190 Lake Forest, IL 60045** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Credit Application and Agreement** |
|         State the term remaining | |
|         List the contract number of any government contract | **Coca Cola Refreshments P.O. Box 1734 Atlanta, GA 30301** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **Phase II Dishmachine Lease Agreement for Dishmachine Equipment** |
|         State the term remaining | |
|         List the contract number of any government contract | **Ecolab Inc. 24198 Network Pl Chicago, IL 60673-1241** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **DaDong Catering LLC**                                          Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Phase II Dishmachine Rental Agreement for Booster Heater** | |
|---|---|---|---|
| | State the term remaining | | **Ecolab Inc.** |
| | List the contract number of any government contract | | **24198 Network Pl** **Chicago, IL 60673-1241** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Loan Agreement dated 11/1/17** | |
|---|---|---|---|
| | State the term remaining | | **Illy Caffe North America, Inc.** |
| | List the contract number of any government contract | | **800 Westchester Ave** **Suite S-440** **NY 10723** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mayim Water** |
| | List the contract number of any government contract | | **111 John Street, Suite 1610** **New York, NY 10038** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage Gas Equipment and Service Agreement dated 8/18/17** | |
|---|---|---|---|
| | State the term remaining | **4 years** | **Tri State Carbonation Service** |
| | List the contract number of any government contract | | **P.O.Box 333** **Thompsonville, NY 12784** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **equipment lease** | |
|---|---|---|---|
| | State the term remaining | | **Waterlogic USA INC.** |
| | List the contract number of any government contract | | **P.O. Box 677867** **Dallas, TX 75267** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **DaDong Catering LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |

|  | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **DaDong Catering LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)      _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |

**1.    Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,553,859.56** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$8,608,671.88** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$961,046.70** |

**2.    Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **DaDong Catering LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Action Environmental Services**<br>P O Box 554744<br>**Detroit, MI 48255-4744** | **08/14/2019 to**<br>**11/12/2019** | **$11,268.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.   **Asian Bok Choy, Inc.**<br>969 Grand St<br>**Brooklyn, NY 11211** | **08/14/2019 to**<br>**11/12/2019** | **$33,529.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.   **Dairyland USA Corporation**<br>P.O.Box 30943<br>**New York, NY 10087-0943** | **08/14/2019 to**<br>**11/12/2019** | **$15,760.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.   **Gotham Seafood Corporation**<br>542 West 29th Street<br>**New York, NY 10001** | **08/14/2019 to**<br>**11/12/2019** | **$28,287.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.   **IPFS Corporation**<br>P.O. Box 700<br>**Buffalo, NY 14226-0700** | **08/14/2019 to**<br>**11/12/2019** | **$8,358.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **insurance (Umbrella**<br>**Package)** |
| 3.6.   **North East Linen Supply**<br>P.O.Box 984003<br>**Boston, MA 02298-4003** | **08/14/2019 to**<br>**11/12/2019** | **$14,079.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.   **Tai He Trading Corp.**<br>32-33 Hunters Point Ave<br>**Long Island City, NY 11101** | **08/14/2019 to**<br>**11/12/2019** | **$32,899.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.   **Uline, Inc.**<br>Attn: Accounts Receivable<br>PO Box 88741<br>**Chicago, IL 60680-1741** | **08/14/2019 to**<br>**11/12/2019** | **$7,146.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **DaDong Catering LLC**                                  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.  **United Healthcare Oxford**<br>**P.O. Box 1697**<br>**Newark, NJ 07101-1697** | **08/14/2019 to**<br>**11/12/2019** | **$19,659.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **medical** |
| 3.10.  **Vista Food Exchange, Inc.**<br>**101 Food Center Arcadem**<br>**Hunts Point Co-Op Market**<br>**Bronx, NY 10474** | **08/14/2019 to**<br>**11/12/2019** | **$9,991.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Celso Moreira**<br>**527 West 46th St**<br>**Apt.16**<br>**New York, NY 10036**<br>**Director of Operations** | **11/12/18 -**<br>**11/12/19** | **$203,266.84** | **salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor   **DaDong Catering LLC**                           Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **3 BP Property Owner LLC v. Dadong Catering LLC**<br>LT-061717-19/NY | eviction | **Civil Court of the City of New York**<br>**20 Avenue T, 2nd Floor**<br>**Brooklyn, NY 11223** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Barnelap Industries d/b/a Obena Supply Co. v. DaDong NY**<br>35087 SCNY 2019 1 | Collection | **Civil Court of the City of New York**<br>**Small Claims Part 45**<br>**111 Centre St.**<br>**New York, NY 10013-4310** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **True World Foods LLC v. DaDong Catering LLC**<br>158192/2019(E) | Contract | **Supreme Court of the State of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **JAM Consultants Inc. v. DaDong Catering LLC**<br>CV-024260-19/NY | Collection | **Civil Court of the City of New York**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **M Tucker, a division of Singer NY, LLC v. DaDong Catering LLC**<br>27166/19 | Collection | **Civil Court of the City of New York**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Vista Food Exchange Inc. v. DaDong Catering LLC, individually and d/b/a DaDong New York**<br>30712/2019E | Collection | **Supreme Court of the State of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **American Express Travel Related Services Company, Inc. v. DaDong Catering LLC**<br>654675/2019 | Contract | **Supreme Court of the State of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **The Lobster Place Inc. v. DaDong Catering LLC**<br>CV-021254-19 | Collection | **Civil Court of the City of New York**<br>**89-17 Sutphin Blvd**<br>**Jamaica, NY 11435** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **JDB Market Corp. d/b/a John's Market v. DaDong Catering LLC**<br>CV-025104-19/NY | Collection | **Civil Court of the City of New York**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Baring Industries, Inc. v. 3 BP Property Owner LLC, et al.**<br>1:19-cv-02829-JGK | real property foreclosure | **U.S. District Court, SDNY**<br>**40 Foley Courthouse**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **F. Rozzo & Sons Inc. v. DaDong Catering LLC**<br>32184/2019E | Collection | **Supreme Court of the State of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **DaDong Catering LLC**                                          Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.12. **Transel Elevator and Electric, Inc. d/b/a TEI Group v. DaDong Catering, LLC and 3 BP Property Owner LLC 153002/2019** | Foreclosure of Mechanic's Lien | **Supreme Court of the State of New York 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.13. **Stephen R. Stegich v. DaDong New York 151593/2019** | Civil | **Civil Court of the City of New York 111 Centre Street New York, NY 10013** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **DaDong Catering LLC**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Akerman LLP** **401 East Jackson St** **Suite 1700** **Tampa, FL 33602** | | **November 7, 2019** | **$30,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?** **KOP KG One LLC** | | | |
| 11.2. | **Akerman LLP** **401 East Jackson St** **Suite 1700** **Tampa, FL 33602** | | **November 13, 2019** | **$20,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?** **KOP KG One LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1500 Broadway** **Suite 3300** **New York, NY 10036** | **3/10/2016-1/31/2018** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

| Debtor | DaDong Catering LLC | Case number *(if known)* | |

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   guest profiles and email addresses (maintained by Open Table)

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **DaDong Catering LLC**                                    Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **All Season Hospitality**<br>**12 Breiderhoft Rd**<br>**Kearny, NJ 07032** | **Debtor's management team.** | **Equipment inventory including plates and kitchen items stored at All Seasons warehouse in Secaucus, New Jersey.** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

Debtor    **DaDong Catering LLC**                                                        Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Prager Metis<br>14 Penn Plaza<br>Suite 1800<br>New York, NY 10122** | **2017 to present** |
| 26a.2. | **Claudia Delgado<br>3230 44th Street Apt 3F<br>Astoria, NY 11103** | **mid-January 2018 to<br>present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Claudia Delgado<br>3230 44th Street Apt 3F<br>Astoria, NY 11103** | |
| 26c.2. | **Prager Metis<br>14 Penn Plaza<br>Suite 1800<br>New York, NY 10122** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **R.J. Oscar Chen, Esq.<br>Duan & Duan<br>47/F,Maxdo Center 8 Xingyi Rd<br>CHINA** |
| 26d.2. | **The True Taste One Bryant Park, LLC<br>c/o Kuafu Properties LLC<br>1500 Broadway, 22nd FL<br>New York, NY 10003-6000** |
| 26d.3. | **Tiger & Fox 9, LLC<br>c/o Waldman Hirsch & Co LLP<br>One Penn Plaza, Suite 2620<br>New York, NY 10119** |

Debtor    **DaDong Catering LLC**                                     Case number *(if known)* _____

| Name and address |
|---|

26d.4.    **Chat Bright Limited**
          **88 Tai Tam Reservoir Rd**
          **Hong Kong**
          **CHINA**

26d.5.    **Beijing Dadong Roast Duck Restaurant Co.**
          **Building No. 3, TuanjiehuBeikou**
          **Chaoyang District, Bejing**
          **100026**
          **CHINA**

26d.6.    **Tiger & Fox 3, LLC**
          **c/o Waldman Hirsch & Co. LLP**
          **One Penn Plaza, Suite 2620**
          **New York, NY 10119**

26d.7.    **Zootopie LLC**
          **c/o Waldman Hirsch & Co. LLP**
          **One Penn Plaza, Suite 2620**
          **New York, NY 10119**

26d.8.    **Genesis Brand Management LLC**
          **375 Park Ave., 27th Floor**
          **New York, NY 10152**

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Celso Moreira**<br>**527 West 46th St**<br>**Apt.16**<br>**New York, NY 10036** | **$203,266.84** | **11/12/18 -**<br>**11/12/19** | **salary** |
| **Relationship to debtor**<br>**Director of Operations** | | | |

Debtor   **DaDong Catering LLC**                                      Case number *(if known)* _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

   | Name of the parent corporation | Employer Identification number of the parent corporation |
   |---|---|
   | | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

   | Name of the pension fund | Employer Identification number of the parent corporation |
   |---|---|
   | | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/13/2019

_____          **Xiaozhe Liu**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **CEO and Managing Member of Genesis Brand Management**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of New York

In re   **DaDong Catering LLC** _____    Case No. _____
Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☐ Debtor    ☒ Other (specify):    **KOP KG One LLC**

3.  The source of compensation to be paid to me is:

    ☐ Debtor    ☒ Other (specify):    **KOP KG One LLC**

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
    **(a) advise the Debtor with respect to its powers and duties as debtor and debtor-in-possession;
    (b) attend meetings and negotiate with representatives of creditors and other parties-in-interest and advise and consult on the conduct of the case, including all of the legal and administrative requirements of operating in Chapter 11;
    (c) advise the Debtor in connection with any contemplated sales of assets or business combinations;
    (d) advise the Debtor in connection with post-petition financing and cash collateral arrangements, provide advice and counsel with respect to pre-petition financing arrangements;
    (e) advise the Debtor on matters relating to the evaluation of the assumption, rejection or assignment of unexpired leases and executory contracts;
    (f) provide advice to the Debtor with respect to legal issues arising in or relating to the Debtor's ordinary course of business including attendance at senior management meetings, meetings with the Debtor's financial and turnaround advisors, and provide advice on employee, workers' compensation, employee benefits, labor, tax, insurance, securities, corporate, business operation, contracts, joint ventures, real property, press/public affairs and regulatory matters;
    (g) take all necessary action to protect and preserve the Debtor's estate, including the prosecution of actions on its behalf, the defense of any actions commenced against the estate, negotiations concerning all litigation in which the Debtor may be involved and objections to claims filed against the estate;
    (h) prepare on behalf of the Debtor all motions, applications, answers, orders, reports and papers necessary to the administration of the estate;
    (i) negotiate and prepare on the Debtor's behalf a plan of reorganization, disclosure statement and all related agreements and/or documents, and take any necessary action on behalf of the Debtor to obtain confirmation of such plan;
    (j) attend meetings with third parties and participate in negotiations with respect to the above matters;
    (k) appear before this Court, any appellate courts, and the U.S. Trustee; and
    (l) perform all other necessary legal services and provide all other necessary legal advice to the Debtor in connection with this Chapter 11 case.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re   **DaDong Catering LLC** _____     Case No. _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>_____   *Date*   11/13/2019<br><br>_____<br>**Steven R. Wirth**<br>*Signature of Attorney*<br>**Akerman LLP**<br>**401 East Jackson Street**<br>**Suite 1700**<br>**Tampa, FL 33602**<br>**813 223 7333   Fax: 813 218 5407**<br>**steven.wirth@akerman.com**<br>*Name of law firm* |

# United States Bankruptcy Court
### Southern District of New York

In re  **DaDong Catering LLC** _____    Case No. _____

                                                  Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **(Beijing Dadong Roast Duck Re)**<br>**Building No. 3, TuanjiehuBeiko**<br>**Chaoyang Dsitrict, Beijing**<br>**CHINA** | | | **57.34% of Dadong**<br>**Management LLC** |
| **(Chat Bright Limited)**<br>**88 Tai Tam Reservoir Road**<br>**Hong Kong**<br>**CHINA** | | | **10.52% of Dadong**<br>**Management LLC** |
| **(Genesis Brand Management LLC)**<br>**375 Park Ave**<br>**27th Floor**<br>**New York, NY 10152** | | | **12.34% of Dadong**<br>**Management LLC** |
| **(The True Taste One Bryant Pa)**<br>**c/o Kuafu Properties LLC**<br>**1500 Broadway, 22nd Floor**<br>**New York, NY 10036** | | | **4.92% of Dadong**<br>**Management LLC** |
| **(Tiger & Fox 3, LLC)**<br>**c/o Waldman Hirsch & Co. LLP**<br>**One Penn Plaza, Suite 2620**<br>**New York, NY 10119** | | | **5.88% of Dadong**<br>**Management LLC** |
| **(Tiger & Fox 9, LLC)**<br>**c/o Waldman Hirsch & Co LLP**<br>**One Penn Plaza, Suite 2620**<br>**New York, NY 10119** | | | **4.50% of Dadong**<br>**Management LLC** |
| **(Zootopie LLC)**<br>**c/o Waldman Hirsch & Co. LLP**<br>**One Penn Plaza, Suite 2620**<br>**New York, NY 10119** | | | **4.50% of Dadong**<br>**Management LLC** |
| **DaDong Management LLC**<br>**1500 Broadway, Suite 3301**<br>**New York, NY 10036** | | | **100%** |

In re:  **DaDong Catering LLC** _____    Case No. _____
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **CEO and Managing Member of Genesis Brand Management** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  11/13/2019 _____    Signature  _____
**Xiaozhe Liu**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   **DaDong Catering LLC** _____      Case No. _____

_____ Debtor(s)      Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO and Managing Member of Genesis Brand Management of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:   11/13/2019 _____      _____

**Xiaozhe Liu/CEO and Managing Member of Genesis Brand
Management**
Signer/Title

1460 BROADWAY TENANT LLC
1460 BROADWAY
NEW YORK, NY 10036


3 BP PROPERTY OWNER LLC
PO BOX 781998
PHILADELPHIA, PA 19178-1998


3 BP PROPERTY OWNER LLC
C/O CALLAHAN CAPITAL PROPERTIE
3 BRYANT PART
NEW YORK, NY 10036


A1 DEPENDABLE CONSTRUCTION INC
132 FIELDMERE ST.
ELMONT, NY 11003


ABOUDALA ABERESSI
2300 GRAND CONCOURSE APT 3G
BRONX, NY 10458


ABRAHAM POLLACK
253 POWERS STREET #1RR
BROOKLYN, NY 11211


ACE ENDICO CORP.
80 INTERNATIONAL BLVD.
BREWSTER, NY 10509


ACKER MERRALL & CONDIT COMPANY
160 WEST 72 ST.
NEW YORK, NY 10023


ACTION ENVIRONMENTAL SERVICES
P O BOX 554744
DETROIT, MI 48255-4744


ADVANCED PRINTING OF NEW YORK,
320 WEST 37TH ST.
NEW YORK, NY 10018


AFCO
5600 N. RIVER ROAD, SUITE 400
ROSEMONT, IL 60018-5187

AIR CLEAN GROUP INC
154-05 12TH AVENUE
WHITESTONE, NY 11357


ALEXANDRA ROVATI
342 E 76ST
NEW YORK, NY 10021


ALEXANDRA SHCHERBAKOV
1844 81 ST 3RD FL
BROOKLYN, NY 11214


ALL GLASS PROFESSIONALS
654 WHISKEY RD
RIDGE, NY 11961


ALL SEASON HOSPITALITY
12 BREIDERHOFT RD
KEARNY, NJ 07032


ALL SEASON MOVERS, INC.
12 BREIDERHOFT RD
KEARNY, NJ 07032


ALL SERVICE KITCHEN EQUIPMENT
10 CHARLES ST.
P,O. BOX 310
NEW HYDE PARK, NY 11040


ALMA GOURMET
39-12 CRESENT ST
LONG ISLAND CITY, NY 11101


ALPI USA INC.
70 EAST SUNRISE HIGHTWAY
SUITE 607
NEW YORK, NY 11581


ALPINE CONSTRUCTION & LANDSCAP
404 FIFTH AVE
NEW YORK, NY 10018


ALVARO SANCHEZ
1524 47TH ST
NORTH BERGEN, NJ 07047

AMASS INTERNATIONAL GROUP (NEW
JFK CARGO BUILDING 75, STE 200
N. HANGAR RD
JAMAICA, NY 11430


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270


AMERICAN EXPRESS
PO BOX 299051
FORT LAUDERDALE, FL 33329-9051


AMOS WEINBERG, ESQ.
49 SOMERSET DR S
GREAT NECK, NY 11020-1821


ANDREA M. SANDOVAL
2303 DITMARS BLVD ASTORIA
ASTORIA, NY 11105


ANDREW WILSON
114 TROCTMAN ST. 306
BROOKLYN, NY 11206


ANDREW WILSON
7 PARK AVE APT 5C
NEW YORK, NY 10016


ANDY XU
252-37 60TH AVE.
LITTLE NECK, NY 11362


ANGELS' SHARE WINE IMPORTS, LL
106 FERRIS STREET #1L
BROOKLYN, NY 11231


ANHEUSER-BUSCH SALES & SERVICE
550 FOOD CENTER DR
BRONX, NY 10474


ANNIE LU
51 E 117TH ST, APT 1
NEW YORK, NY 10035

ARAMARK REFRESHMENT SERVICES
1511 TONNELLE AVE
NORTH BERGEN, NJ 07047


ARC EXCESS AND SURPLUS LLC
113 SOUTH SERVICE RD
P.O.BOX 9012
JERICHO, NY 11753


ARISTA AIR CONDITIONING CORP
38-26 10TH STREET
LONG ISLAND CITY, NY 11101


ARSI
555 ST. CHARLES DR, SUITE 100
THOUSAND OAKS, CA 91360


ASCIEL HERNANDEZ
2471 DAVIDSON AVE
BRONX, NY 10468


ASIAN BOK CHOY, INC.
969 GRAND ST
BROOKLYN, NY 11211


ASKBOR PTY LTD (AUSTRALIA)
LEVEL 2/ 60 FOSTER ST.
SURRY HILLS, NSW 2010
AUSTRALIA


AVERO LLC
235 PARK AVE SOUTH
7TH FLOOR
NEW YORK, NY 10003


AXIOM DESIGN & BUILD
23 HEISSER CT
FARMINGDALE, NY 11735


BACCHUS IMPORTS, INC.
DBA SOILAIR SELECT
150 W 30TH ST, SUITE 706
NEW YORK, NY 10001

BADR NAIMALLAH
19-51 80TH ST. 1C
EAST ELMHURST, NY 11370

BAK INTERNATIONA TRADE INC.
2301 BORDEN AVE
LONG ISLAND CITY, NY 11101

BALDOR SPECIALTY FOODS, INC.
P.O. BOX 5411
NEW YORK, NY 10087-5411

BALTER SALES COMPANY, INC.
209 BOWERY
NEW YORK, NY 10002

BANK DIRECT CAPITAL FINANCE
150 NORTH FIELD DR., STE 190
LAKE FOREST, IL 60045

BANKDIRECT CAPITAL FINANCE
P.O.BOX 660448
DALLAS, TX 75266-0448

BANVILLE & JONES WINE MERCHANT
126 EAST 38TH ST, 3RD FLOOR
NEW YORK, NY 10016

BARING INDUSTRIES, INC.
3249 SW 42ND STREET FT.
FORT LAUDERDALE, FL 33312

BARNELAP INDUSTRY/OBENA SUPPLY
31-18 38TH AVE
LONG ISLAND CITY, NY 11101

BEIJING AIJIANTONGYI TRADING D
RM 1026 COMMERCIAL BLDG.
NO. 33 DENGSHIKOU ST., BEIJING
CHINA

BELLE FLEUR HOME, LLC
134 FIFTH AVE
4TH FLOOR
NEW YORK, NY 10011

BENEFITMALL
P.O.BOX 638246
CINCINNATI, OH 45263-8246


BENJAMAPORN BOONROUNG
105 VAN CORTLANDT AVE W 1FL
BRONX, NY 10463


BIN BIN XU
80 DEKALB AVE APT 16K
BROOKLYN, NY 11201


BLUE ISLAND OYSTERS CO. INC.
P.O.BOX 31
WEST SAYVILLE, NY 11796


BLUE MOON ACRES INC.
PO BOX 201
BUCKINGHAM, PA 18912


BNP DISTIBUTING CO INC.
340 EAST 93RD STREET #12J
NEW YORK, NY 10128


BREWER CANTELMO LLC
109 WEST 27TH ST
NEW YORK, NY 10001


BRIAN J. MCANNENY CONSULTING,
408 EAST 92ND
APT. 15E
NEW YORK, NY 10128


BROADWAY PARTY RENTALS
134 MORGAN AVE
BROOKLYN, NY 11237


BROOKLYN FOOD AND BEVERAGE
465 JOHNSON AVE
BROOKLYN, NY 11237


BROWNE TRADING
MERRIL'S WHARF
260 COMMERCIAL ST.
 04110-1000

BULLETPROOF FOODSERVICE LLC
42 WEST STREET #337
BROOKLYN, NY 11222


BUONITALIA
MISONO FOOD LTD
109 PORT JERSEY BLVD
JERSEY CITY, NJ 07305


C&M FIRST SERVICES
1560 BROADWAY
SUITE 800
NEW YORK, NY 10036


C/O RHK RECOVERY GROUP
1670 OLD COUNTRY ROAD
PLAINVIEW, NY 11803


CALLAHAN CAPITAL PROPERTIES
3 BRYANT PARK
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036


CAMBRIDGE PACKING CO, INC.
41-43 FOODMART ROAD
BOSTON, MA 02118


CARL E. ZAPFFE, ESQ.
1551 SOUTH WASHINGTON AVE, STE
PISCATAWAY, NJ 08854


CARLOS LOAZYZA
15 CLARK RD
GREAT NECK, NY 11021


CAROLEYN NG
147 ELIZABETH ST
NEW YORK, NY 10036


CAROLEYN NG
527 WEST 46TH ST
NEW YORK, NY 10036

CATALPA SPECIAL INSPECTIONS
1270 BROADWAY
SUITE 808
NEW YORK, NY 10001


CATHERINE MCDANIEL
55 WEST END AVENUE S11H
NEW YORK, NY 10023


CEC ELEVATOR CAB CORP.
540 MANIDA ST
BRONX, NY 10474


CELSO MOREIRA
527 WEST 46TH ST
APT.16
NEW YORK, NY 10036


CERTIFIED G. I., INC.
623 WEST 51ST ST
NEW YORK, NY 10019


CERTIFIED OF N.Y., INC.
623 WEST 51ST ST
NEW YORK, NY 10019


CHAIN'S CONCEPT MANAGEMENT COM
ROOM 3011, 30/F, TOWER A, SOUT
11 YIP HING ST, WONG CHUK HANG
HONG KONG


CHASE CARD SERVICES
PO BOX 1423
CHARLOTTE, NC 28201-1423


CHEF'S GARDEN INC.
C/O C2C RESOURCES LLC
56 PERIMETER CENTER EAST, STE
ATLANTA, GA 30346


CIT GROUP INC.
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

CITYWIDE ELEVATOR CONSULTING
US HIGHWAY 22, SUITE 100A
BRIDGEWATER, NJ 08807


CJI, LLC
47 E. 88TH ST.
NEW YORK, NY 10128


CLARA VERAS RODRIGUEZ
3053 HEATH AVE
BRONX, NY 10463


CLASSIC WINES INC.
52 POPLAR STREET
STAMFORD, CT 06907


CLAUDIA DELGADO
3230 44TH STREET APT 3F
ASTORIA, NY 11103


CNS ENTERPRISES, INC.
36-02 13TH ST
LONG ISLAND CITY, NY 11101


COCA COLA REFRESHMENTS
P.O. BOX 1734
ATLANTA, GA 30301


COGNAC ONE LLC
135 EAST 57TH ST
FLOOR 10 -UNIT 86
NEW YORK, NY 10022-2158


COMPEAT, INC.
12303 TECHNOLOGY BLVD
SUITE 930 D
AUSTIN, TX 78727


CON EDISON COMPANY OF N.Y. INC
JAF STATION
P.O.BOX 1702
NEW YORK, NY 10116-1702

CONNOR EVANS
605 WEST 156
NEW YORK, NY 10032


COOPER ELECTRIC SUPPLY CO.
42 CINDY LANE
ASBURY PARK, NJ 07712


CORPORATE COURIER NEW YORK INC
115 W 30 ST
STE 1105
NEW YORK, NY 10001


CORT BUSINESS SERVICES CORPORA
3455 W. SUNSET RD
SUITE A ATT: CYREA MOROE
LAS VEGAS, NV 89118


CRASSE DE FER LLC/WILLIAMS COR
1112 E MARKET ST B22
CHARLOTTESVILLE, VA 22902


CROWN CASTLE FIBER LLC
PO BOX 27135
NEW YORK, NY 10087-7135


CUTTING EDGE ELITE INC.
96 BERRY ST, SUITE 2
BROOKLYN, NY 11249


D'ARTAGNAN, LLC
600 GREEN LANE
UNION, NJ 07083


DADONG INVESTORS I LLC
1500 BROADWAY
SUITE #3301
NEW YORK, NY 10036


DADONG MANAGEMENT LLC
1500 BROADWAY
SUITE #3301
NEW YORK, NY 10036

DAI & ASSOCIATES, P.C.
1500 BROADWAY
22ND FLOOR
NEW YORK, NY 10036


DAIRYLAND USA CORPORATION
P.O.BOX 30943
NEW YORK, NY 10087-0943


DAN BURZ
2601 PALISADE AVENUE 2FL
UNION CITY, NJ 07087


DANA G. GOLD
1253 MARA COURT
ATLANTIC BEACH, NY 11509


DANIEL D. STEVENS, INC.
7618 17TH AVE.
BROOKLYN, NY 11214-1106


DANIEL R. VALEZ JR.
1903 E MAIN ST
MOHEGAN LAKE, NY 10547


DANNY HERNANDEZ
20-35 SEAGIRT BOULEVARD APT 5E
FAR ROCKAWAY, NY 11691


DARREN HARTNETT
2266 ANDREWS AVE
BRONX, NY 10468


DAVID BOWLER LLC
119 WEST 23RD ST, SUITE 507
NEW YORK, NY 10011


DAVID M. SCHULMAN, ESQ.
GREENBERG & SCHULMAN
90 WOODBRIDGE CENTRE DR. #200
WOODBRIDGE, NJ 07095-1182


DAWA SHERPA
3770 64TH STREET #APT 3R
WOODSIDE, NY 11377

DAY & NITE REFRIGERATION SERVI
10 CHARLES ST
P.O. BOX 310
NEW HYDE PARK, NY 11040


DE YUN FANG
13627 CHERRY AVENUE
FLUSHING, NY 11355-4829


DEBRAGGA & SPITLER INC.
65-77 AMITY ST
JERSEY CITY, NJ 07304


DELANCEY LAUNDROMAT INC.
9-11 DELANCEY ST
NEW YORK, NY 10002


DENIS VLASOV
337 EAST 49TH ST, #22
NEW YORK, NY 10017


DEPT. OF FINANCE COMMISSIONER
P.O. BOX 2307
PECK SLIP STATION
NEW YORK, NY 10272


DIAMOND HONG INC
211 41ST ST
BROOKLYN, NY 11232


DOM DORIA & SON WHOLESALE PROD
53 ORANGE DR
JERICHO, NY 11753


DOMAINE SELECT WINE & SPIRITS
105 MADISON AVE, 13TH FLOOR
NEW YORK, NY 10016


DON L. HOCHLER, ESQ.
7600 JERICHO TURNPIKE, STE 300
WOODBURY, NY 11797


DONE RIGHT HOOD & FIRE SAFETY
P.O BOX 100772
BROOKLYN, NY 11210

DONG SUN RIVER LLC
132-35 41 ROAD, #12A
FLUSHING, NY 11355


DORIS LEKA
65-13 FRESH POND RD
3RD FLOOR
RIDGEWOOD, NY 11385


DRAGON (HK) MARINE PRODUCT LIM
RM 505-06, HING WAI CENTRE, #7
TIN WAN PRAYA ROAD
HONG KONG


DUCLOT LA VINICOLE LLC
P. O.BOX 101
MANHASSET, NY 11030


DYAMI ARCHITECTURE PC
80 RED SCHOOLHOUSE RD
SUITE 105
CHESTNUT RIDGE, NY 10977


E REALTY CORP
39-07 PRINCE ST #6E
FLUSHING, NY 11354


E.B. COHEN & ASSOC. A.A.LLC
101 EISENHOWER PARKWAY
ROSELAND, NJ 07068


E.I. STUDIO INC.
43-01 21ST ST
STE. 220 B
LONG ISLAND CITY, NY 11101


EAST COAST ASSET RECOVERY
90D FOREST AVE
GLEN COVE, NY 11542


EAST WEST BANK
135 N. LOS ROBLES
SUITE 200
PASADENA, CA 91101

ECOLAB FOOD SAFETY
24198 NETWORK PL
CHICAGO, IL 60673-1241


ECOLAB INC.
P.O. BOX 32027
NEW YORK, NY 10087


ECOLAB INC.
24198 NETWORK PL
CHICAGO, IL 60673-1241


ECOLAB INSTITUTIONAL
24198 NETWORK PLACE
CHICAGO, IL 60673-1241


ECONOMIC & POLICY RESOURCES, I
P.O. BOX 1660
WILLISTON, VT 05495-1660


EDGAR TORRES
34-42 89TH ST APT 1
JACKSON HEIGHTS, NY 11372


ELEMENT SEAFOOD
WET SEAFOOD CORP. DBA ELEMENT
50 FRANKLIN AVENUE
BROOKLYN, NY 11205


ELIAS RODRIGUEZ
374 WEST 127TH ST #3F
NEW YORK, NY 10024


ELLIAS B. COHEN & ASSOCIATES
101 ELSENHOWER PARKWAY
ROSELAND, NJ 07068


EMPIRE MERCHANTS, LLC
16 BRIDGEWATER ST
BROOKLYN, NY 11222


EMPIRE SIGN DISPLAY, INC.
314B W 36TH ST
NEW YORK, NY 10018

ENVIRONMENTAL TEMPERATURE SYST
111 ROOSVELT AVE
SUITE C
MINEOLA, NY 11501

ERIK WANGKANUSA
8104 45TH AVE
ELMHURST, NY 11373

ESTELLE WONG
75 WEST END AVENUE APT R9D
NEW YORK, NY 10023

EURO CERAMICA INC.
103 WILLIAM ST, SUITE 11
BOONTON, NJ 07005

EURO MAINTENANCE INC.
64-34 PALMETTO STREET
RIDGEWOOD, NY 11385

F. ROZZO & SONS
159 NINTH AVE
NEW YORK, NY 10011

FEDERMAN STEIFMAN LLP
220 EAST 42ND STREET, 29TH FL
NEW YORK, NY 10017

FEDEX
P.O.BOX 223125
PITTSBURGH, PA 15251-2125

FEDEX
P.O.BOX 371461
PITTSBURGH, PA 15250-7461

FINANCE COMMISSIONER, NYC
P.O. BOX 2307
PECK SLIP STATION
NEW YORK, NY 10272

FIRE MASTERS
506 10TH AVE
EAST NORTHPORT, NY 11731

FISH CO
PO BOX 1529
LONG ISLAND CITY, NY 11101


FISHER HARRIS SHAPIRO INC.
880 THIRD AVE
NEW YORK, NY 10022


FLEUR SEULE LLC
311 WEST 47TH ST
APT. 1B
NEW YORK, NY 10036


FLORALIA EVENTS INC.
150 WEST 55TH ST
NEW YORK, NY 10019


FORTHAVE SPIRITS
630 FLUSHING AVE. BOX #19
BROOKLYN, NY 11206


FOX ROTHSCHILD LLP
ATTN: ACCOUNTS RECEIVABLE - 60
2000 MARKET STREET, 20TH FLOOR
PHILADELPHIA, PA 19103-3222


FRANCO VASQUEZ
6207 37TH AVE
WOODSIDE, NY 11377


FRANK D. PLATT, ESQ.
151 NORTH MAIN ST.
NEW CITY, NY 10956


FREDERICK WILDMAN & SONS, LTD
307 EAST 53RD ST
NEW YORK, NY 10022


FRESCO PRODUCTS INC.
5626 POST RD
BRONX, NY 10471


FRUIT OF THE VINES, INC.
51-02 VERNON BLVD
LONG ISLAND CITY, NY 11101

G.A.F.SEELIG, INC.
59-05 52ND AVE
WOODSIDE, NY 11377


GABRIELA FINE WINES
305 WEST, 87TH ST #1
NEW YORK, NY 10024


GEORGE BRESLAW PLUMBING LLC
559 WEST 45TH ST
NEW YORK, NY 10036


GEORGE WONG DESIGN, INC.
104 W 14 ST
SUITE 502
NEW YORK, NY 10011


GIOVANNI FLORES
278 SUYDAM STREET APT 3R
BROOKLYN, NY 11237


GLENDA CORTES
2798 MARION AVENUE APT 3
BRONX, NY 10458


GOTHAM ARTISANAL
56-36 59TH ST
MASPETH, NY 11378


GOTHAM SEAFOOD CORPORATION
542 WEST 29TH STREET
NEW YORK, NY 10001


GOURMET CARGO, LLC
642 FAYETTE AVE
MAMARONECK, NY 10543


GRAINGER, INC.
DEPT. 886814391
PALATINE, IL 60038-0001


GRAND CRU SELECTIONS, LLC
5 WEST 19TH STREET, SUITE 3R
NEW YORK, NY 10011

GREEN OIL RECYCLING INC.
PO BOX 100772
BROOKLYN, NY 11210


GREENBERG, TRAGER & HERBST, LL
767 THIRD AVENUE, 12TH FL
NEW YORK, NY 10017


GUAN DONG YI JIA INC
4609 KISSENA BLVD
FLUSHING, NY 11355


GUO YAO LI
57 BAY 23RD ST APT 1
BROOKLYN, NY 11214


HAIYUE BAO
4303 64TH STREET FLOOR 2
WOODSIDE, NY 11377


HALL PR LLC
161 W 23RD ST
3RD FLOOR
NEW YORK, NY 10011


HALPERNS STEAK & SEAFOOD COMPA
601 KENTILE ROAD
SOUTH PLAINFIELD, NJ 07080


HAN GE WANG
88-38 50TH AVE
ELMHURST, NY 11373


HASSANE DAO
2816 FREDERICK DOUGLASS BLVD
APT. 3
NEW YORK, NY 10039


HELENA KURTEZI
22-41 29TH ST
ASTORIA, NY 11105


HIGH STYLE RENTALS
445 SILLS ROAD SUITE #3F
YAPHANK, NY 11980

HNY CONSULTING ENGINEERS, LLC
PO BOX 785566
PHILADELPHIA, PA 19178-5566


HOBART SERVICE
P.O. BOX 2517
CAROL STREAM, IL 60132


HOCK LIM CHENG
109 MOTT ST APT 4
NEW YORK, NY 10013


HONGMEI ZHANG
7 HEDGEROW LANE
JERICHO, NY 11753


I.HALPER PAPER & SUPPLIES INC.
51 HOOK ROAD
BAYONNE, NJ 07002


I.M.PLUMBING & HEATING CORP.
412 8TH AVENUE, 2ND FLOOR
NEW YORK, NY 10001


ICC
519 8TH AVENUE, 4TH FLOOR
NEW YORK, NY 10018


ILLY CAFFE NORTH AMERICA, INC.
PO BOX 29917
NEW YORK, NY 10087


ILLY CAFFE NORTH AMERICA, INC.
800 WESTCHESTER AVE
SUITE S-440
NY 10723


IMANI Z. LEE-HECTOR
26 HARDING TERRACE
NEWARK, NJ 07112


IMP PLUMBING & HEATING
412 8TH AVE
7TH FLOOR
NEW YORK, NY 10001

INDEPENDENCE WINE & SPIRITS
165 ELLEEN WAY
SUITE D
SYOSSET, NY 11791


INGOLD LAW, PLLC
5555 MAIN ST
WILLIAMSVILLE, NY 14221


INNOVATIVE COMMUNICATION CONCE
519 8TH AVENUE
NEW YORK, NY 10018


IPFS CORPORATION
P.O. BOX 700
AMHERST, NY 14226-0700


IPO WINES, LLC
119 WEST 23RD ST
SUITE 803
NEW YORK, NY 10011


IPROMOTEU
P.O. BOX 200896
PITTSBURGH, PA 15251-0896


IRON BRIDGE CONSULTING, LLC
22 CORTLANDT ST
SUITE 1701
NEW YORK, NY 10007


J&M CUSTOM SHEET METAL, LLC
1331 NEW BROOKLYN RD
ERIAL, NJ 08081


JACOBS DOLAND BEER LLC
192 LEXINGTON AVENUE
SUITE 804
NEW YORK, NY 10016


JACQUELINE RIBAS TUDEME
40 WEST 116 ST
APT A607
NEW YORK, NY 11206

JAM CONSULTANTS INC.
104 WEST 29TH ST
9TH FLOOR
NEW YORK, NY 10001


JARED M. ROSEN, ESQ.
216 LAKEVILLE RD
GREAT NECK, NY 11020


JDB MARKET CORP DBA JOHN'S MAR
25-20 50TH AVE
LONG ISLAND CITY, NY 11101


JHONNY FIGUEROA
295 CENTRAL AVENUE #2
JERSEY CITY, NJ 07307


JIA BIN HUANG
8823 51ST AVE
ELMHURST, NY 11373


JIA LAW GROUP
225 BROADWAY, 17TH FLOOR
NEW YORK, NY 10007


JIAN FENG REN
RIVA R82
7 HEDGEROW LANE
JERICHO, NY 11753


JIAN HUA WU
527 W 47TH STREET APT 4H
NEW YORK, NY 10036


JIANG DU
88 MORGAN ST
APT. 4206
JERSEY CITY, NJ 07302


JIE FENG LIN
51-17 92ST
ELMHURST, NY 11373

JIN TAO CHEN & SAU KUEN WONG
143 BAY 29TH ST
2ND FLOOR
BROOKLYN, NY 11214


JMART GROUP
136-20 ROSSEVELT AVE
FLUSHING, NY 11354


JOANA ROSALES
2819 MORRIS AVE
BRONX, NY 10468


JOE JURGIELEWICZVSON LTD.
P.O. BOX 257
SHARTLESVILLE, PA 19554


JOHANA LANGI
3555 38TH ST
LONG ISLAND CITY, NY 11101


JOHN'S GOURMET FOOD SERVICE
P.O. BOX 740454
BRONX, NY 10471


JOSE OSORIA
237 SOUTH 2ND AVE APT 3E
BROOKLYN, NY 11211


JOSEPH QUON
342 WEST 48TH STREET 4FW
NEW YORK, NY 10036


JUAN FRANCISCO BATISTA
535 WEST 135TH STREET APT 4A
NEW YORK, NY 10031


JULIUS SILVERT INC.
231 E. LUZERNE ST
PHILADELPHIA, PA 19124


JUN LUO
4212 28TH ST APT 26K
LONG ISLAND CITY, NY 11101

JUSTIN SYSTEMS, INC.
9433 BEE CAVE ROAD
BUILDING II, SUITE 102
AUSTIN, TX 78733


K H WURTZ V/KASPER HEIE WURTZ
KIRKEBAKKEN 41 HATTING -
8700 HORSENS
DENMARK


KABACK SERVICE INC.
318 WEST 39TH STREET, 2ND FL
NEW YORK, NY 10018


KAISEN INC.
41 SCHERMERHORN ST.
BROOKLYN, NY 11201


KANAWATI ENTERPRISES
249 LODI ST.
HACKENSACK, NJ 07601


KENNY A. PRADA
454 SECOND AVENUE W
EAST NORTHPORT, NY 11731


KIMMIE KAKES LLC
270 W 38TH ST
SUITE #1704
NEW YORK, NY 10018


KINSON WHOLESALE, INC.
33 WEST 19TH STREET, 4TH FL
NEW YORK, NY 10011


KLEVIS TOSHKA
4401 17 AVE
BROOKLYN, NY 11204


KOP KG ONE LLC
750 LEXINGTON AVE
NEW YORK, NY 10022

KRISTIAN RODRIGUEZ
212 WEST 91 ST APT 923
NEW YORK, NY 10024


KUAFU PROPERTIES. LLC
1500 BROADWAY
SUITE#2202
NEW YORK, NY 10036


L&T RESTAURANT EQUIPMENT INC.
62 ALLEN ST
NEW YORK, NY 10002


LAUREL LAKE VINEYARDS
3165 MAIN ROAD
LAUREL, NY 11948


LAW OFFICES OF L. BLAKE MORRIS
PO BOX 3289
NEW YORK, NY 10008-3289


LEVEL 3 COMMUNICATIONS, LLC
PO BOX 910182
DENVER, CO 80291-0182


LI, RUI YING
4260 MAIN ST
FLUSHING, NY 11355


LIBERTY COCA-COLA LLC
PO BOX 780810
PHILADELPHIA, PA 19178


LIN MIN HUANG
649 74TH ST
BROOKLYN, NY 11209


LIN ZHU
144-15 41ST APT 418
FLUSHING, NY 11355


LINEAR TECHNOLOGIES, INC.
259 WEST 30TH ST
SUITE 201
NEW YORK, NY 10001

LIU, WENLI
1604 80TH STREET, FLOOR 1
BROOKLYN, NY 11214


LLL INTERNATIONAL TRAVEL INC.
136-21 ROOSEVELT AVE.
SUITE#211
FLUSHING, NY 11354


LONGYU GAO
206 E 10TH ST. APT D
NEW YORK, NY 10003


LU XIAO
47-28 11TH STREET APT 6D
LONG ISLAND CITY, NY 11101


LUCIO S. CARRENO
104-22 37TH DRIVE 1ST FL
CORONA, NY 11368


LUIS ARROYO
150 SUMMIT AVENUE APT 1B
CLIFFSIDE PARK, NJ 07010


LUTRON SERVICES CO
P.O. BOX 644396
PITTSBURGH, PA 15264-4396


M. TUCKER
150 SOUTH TWIN VALLEY RD
ELVERSON, PA 19520


M.S. WALKER, INC.
975 UNIVERSITY AVE.
NORWOOD, MA 02062


MAC FELDER INC.
610 11 AVE
NEW YORK, NY 10036


MADISON FISHER
914 BERGEN ST.
APT. 3
BROOKLYN, NY 11238

MAIN STREET WHOLESALE MEATS
210 MAIN ST
FARMINGDALE, NY 11735


MANHATTAN BEER DISTRIBUTORS
955 EAST 149TH ST
BRONX, NY 10455-2097


MARCO A. MENDIETA
32-44 77TH ST
EAST ELMHURST, NY 11370


MARIA PALAGUACHI
3750 BROADWAY  APT B
NEW YORK, NY 10032


MARSHALL-ALAN ASSOCIATES, INC.
5 WEST 37TH STREET
SUITE# 800
NEW YORK, NY 10018


MARYANN LORICK
545 W 126 ST., APT 7B
NEW YORK, NY 10027


MASPETH WELDING, INC.
59-30 54TH ST
MASPETH, NY 11378


MASSANOLS, LLC
443 PARK AVENUE SOUTH
SUITE 700
NEW YORK, NY 10016


MASTER FIRE EXTINGUISHERS, INC
1776 EAST TREMONT AVE
BRONX, NY 10460


MAXINE KABOL SPECIAL EVENTS
50 LEXINGTON AVE
SUITE 17 E
NEW YORK, NY 10010

MAYIM WATER
111 JOHN STREET, SUITE 1610
NEW YORK, NY 10038


MAYIM WATER INC.
111 JOHN STREET, SUITE 1610
NEW YORK, NY 10038


MCKINNEY WELDING SUPPLY CO., I
1145 BRONX RIVER AVE
BRONX, NY 10472


MD MATIUR KHAN
2361 EAST 15TH ST
BROOKLYN, NY 11229


MELISSA AUGUSTO
911 WALTON AVENUE #2C
BRONX, NY 10452


MERAK BUSINESS & TRAVEL CONSUL
SKANSEVAENGET 12
3520 FARUM
DENMARK


MEREDITH SUZUKI LLC
140 E 16TH STREET #1A
NEW YORK, NY 10003


METRO SIGN & DESIGN COMMUNICAT
22-00 ARCADIA ROAD
FAIR LAWN, NJ 07410


MEYERS, SAXON & COLE
3620 QUENTIN RD
BROOKLYN, NY 11234


MICHAEL APFELBAUM, ESQ.
129 WEST 75TH ST.
SUITE #2
NEW YORK, NY 10023


MICHAEL ARIAS
203 EAST 175TH STREET APT 51
BRONX, NY 10457

MICHAEL CHOE
240-83 67TH AVENUE
DOUGLASTON, NY 11363


MICHAEL JORDAN
142 EAST 16TH ST
APT. 3D
NEW YORK, NY 10003


MICHAEL LEO
5916 WOODSIDE AVE
APT 1R
WOODSIDE, NY 11377


MICHAEL SCAFFIDI
365 BOND A510
BROOKLYN, NY 11231


MICHAEL W. MCMAHON, SVP
CALLAHAN CAPITAL PROPERTIES
3 BRYANT PARK
NEW YORK, NY 10036


MICROMAGIC CO., INC.
2640 EAST 14TH STREET, UNIT C2
BROOKLYN, NY 11235


MITCHELL D. HADDAD, ESQ.
SILLS CUMMIS & GROSS P.C.
101 PARK AVE, 28TH FL
NEW YORK, NY 10178


MODDERN MARKETING SERVICES, LL
340 MADISON AVE
19TH FLOOR
NEW YORK, NY 10173


MOHAMMED UDDIN
8004 95TH AVE FL1
OZONE PARK, NY 11416


MONSIEUR TOUTON SELECTION, LTD
129 WEST 27TH STREET, 9TH FL
NEW YORK, NY 10001

MP FISH LLC
5-18 50TH AVE
LONG ISLAND CITY, NY 11101


MUHAMMED FOISAL
107-21 78TH STREET
OZONE PARK, NY 11417


MUSHROOMS & MORE
37 FULTON STREET
WHITE PLAINS, NY 10606


MYERS SAXON & COLE
3620 QUENTIN RD
BROOKLYN, NY 11234


NATIONAL REGISTER AGENTS
P.O. BOX 4349
CAROL STREAM, IL 60197-4349


NCR CORPORATION
108 W 39TH ST
NEW YORK, NY 10018


NEW YORK STATE LIQUOR AUTHORIT
117 BROADWAY
ALBANY, NY 12202


NIAN CHEN
117 WEST 90TH STREET APT 3A
NEW YORK, NY 10024


NICHOLE D. CORTESE, ESQ.
LOEB & LOEB LLP
345 PARK AVE
NEW YORK, NY 10154


NJS ELECTRICAL SERVICES CORP.
36-16 13TH ST
LONG ISLAND CITY, NY 11106


NORTH EAST LINEN SUPPLY
P.O.BOX 984003
BOSTON, MA 02298-4003

NRAI, INC.
PO BOX 4349
CAROL STREAM, IL 60197-4349


NY CITY DEPARTMENT OF FINANCE
P.O. BOX 2307
NEW YORK, NY 10272-2307


NYC & COMPANY INC
810 SEVENTH AVENUE, 3RD FLOOR
NEW YORK, NY 10019


NYC DOHMH
DIVISION OF PAYMENTS
P.O. BOX 787656
PHILADELPHIA, PA 19178-7656


NYC FIRE DEPARTMENT
CHURCH STREET STATION
PO BOX 840
NEW YORK, NY 10008-0840


NYC FIRE DEPARTMENT
PO BOX 412014
BOSTON, MA 02241-2014


NYC HOSPITALITY ALLIANCE
65 WEST 55TH ST
STE 203A
NEW YORK, NY 10019


NYS DEPT OF TAXATION & FINANCE
CIVIL ENFORCEMENT - REGION 4A
ALBANY, NY 12227-0001


OASIS
7 PENNSYLVANIA PLAZA #305
NEW YORK, NY 10001


OKEANOS AQUASCAPING
521 W 26TH ST
SUITE #600
NEW YORK, NY 10001

OPEN TABLE
29109 NETWORK PLACE
CHICAGO, IL 60673-1291


OPICI FAMILY DISTRIBUTING
3 MANHATTANVILLE RD
PURCHASE, NY 10577


OSIEL URIBE
36-13 109TH ST 3RD FLOOR
QUEENS, NY 11368


OTHER HALF BREWING COMPANY, IN
195 CENTRE ST
BROOKLYN, NY 11231


PAI WEN FENG
1259 67TH ST
BROOKLYN, NY 11219


PARIS GOURMET OF N.Y. LLC
PO BOX 36242
NEWARK, NJ 07188-6242


PARK STREET IMPORTS
1000 BRICKELL AVE. STE 915
MIAMI, FL 33131


PARKER GINN MARVIN
88 GREENWICH ST #2602
NEW YORK, NY 10006


PAT LAFRIEDA MEAT PURVEYORS
3701 TONNELLE AVE
NORTH BERGEN, NJ 07047


PATRIOT ELECTRIC CORP
15-17 126 ST
COLLEGE POINT, NY 11356


PAUL JAMBOR
50 FRANKLIN AVE
BROOKLYN, NY 11205

PAYCHEX OF NEW YORK LLC
LOCKBOX #732954
P.O.BOX 732954
DALLAS, TX 75373-2954


PETIT POIS CORPORATION
SUSSEX WINE MERCHANTS
50 TWOSOME DR., SUITE 3
MOORESTOWN, NJ 08057


PETROSSIAN DISTRIBUTION, INC.
11-39 47TH AVE
LONG ISLAND CITY, NY 11101


PICCININI BROTHERS, INC.
633 9TH AVE
NEW YORK, NY 10036


PIPE DREMS
857 UNION STREET 2-C
BROOKLYN, NY 11215


PO WING TRADING CORP.
123 BANKER ST
BROOKLYN, NY 11222


POLANER SELECTIONS
19 N. MOGER AVE.
MOUNT KISCO, NY 10549


POPULAR PLUMBING AND HEATING C
10 CHARLES ST.
P.O. BOX 310
NEW HYDE PARK, NY 11040


PRAGER METIS CPAS, LLC
14 PENN PLAZA
SUITE #1800
NEW YORK, NY 10122


PRAGNA PARIKH, ESQ.
SMITH CARROAD
5036 JERICHO TPKE
COMMACK, NY 11725

PRINT SCAN LLC
21 PULASKI ROAD
KINGS PARK
KINGS PARK, NY 11754


PRIVATE CASK IMPORTS/MHW LTD
1129 NORTHERN BLVD
MANHASSET, NY 11030


PRO TAPPING, INC.
620 GRAVELLY HOLLOW RD
MEDFORD, NJ 08055


QUALITY BUILDING SERVICES CORP
801 2ND AVE
NEW YORK, NY 10017


RANDALL FAYETTE BELLOWS III
475 KENT AVE.
APT. 302
BROOKLYN, NY 11249


RECEIVABLES PERFORMANCE MANAGE
PO BOX 1548
LYNNWOOD, WA 98046-1548


REGAL WINE IMPORTS
636 BROADWAY, SUITE 712
NEW YORK, NY 10012


REGAL WINE IMPORTS INC.
2 COMMERCE DRIVE, SUITE 3
MOORESTOWN, NJ 08057


RELIN, GOLDSTEIN & CRANE, LLP
28 EAST MAIN ST., SUITE 1800
ROCHESTER, NY 14614


RIDGE PRODUCE INC.
P.O. BOX 740454
BRONX, NY 10474


RIVIERA PRODUCE CORP.
205 JACKSON ST
ENGLEWOOD, NJ 07631

ROBERT D. BLOCK, ESQ.
250 PARK AVE., 7TH FLOOR
NEW YORK, NY 10177-0799


ROCKET AND WALKER INC.
379 WEST BROADWAY, 2ND FLOOR
NEW YORK, NY 10012


ROCKET AND WALKER INC.
175 VARICK
2ND FLOOR
NEW YORK, NY 10014


RONALD A. ORTIZ
93-09 215TH ST
QUEENS VILLAGE, NY 11428


ROSELIO SERRANO
40 COOPER STREET APT 4A
BROOKLYN, NY 11207


ROYAL WINE COMPANY
63-65 LE FANTE WAY
P.O. BOX 17
BAYONNE, NJ 07002-0017


RRP PLUMBING CORP.
222 EAST MEADOW AVE
SUITE 2B
EAST MEADOW, NY 11554


RUI MIN JIANG
205 GRAND ST
NEW YORK, NY 10013


S.K.I. BEER CORP.
169 BAR GARDNER AVE
BROOKLYN, NY 11237


SCARLETT ENTERAINMENT INC
5550 PAINTED MIRAGE RD.
SUITE 320
LAS VEGAS, NV 89149

SCHEMAN'S BRYANT PARK
55 WEST 39TH ST
NEW YORK, NY 10018


SECURITY SERVICES INC.
5 JOHSON DR
STONY POINT, NY 10980


SELECTION PAS MAL
285 WEST BROADWAY, SUITE 330
NEW YORK, NY 10013


SENTINEL MANAGEMENT GROUP, INC
96-59 222ND STREET, SUITE#200
QUEENS VILLAGE, NY 11429


SHANGXIN LI
159-08 43 AVE
FLUSHING, NY 11358


SHAWMUT DESIGN AND CONSTRUCTIO
3 EAST 54TH ST
10TH FLOOR
NEW YORK, NY 10022


SHELTERPOINT LIFE
PO BOX 9340
GARDEN CITY, NY 11530


SHIFTNOTE LLC
P.O. BOX 24392
SHAWNEE MISSION, KS 66283-4392


SHIN KANEMITSU
239 EAST 110ST #1
NEW YORK, NY 10029


SHUE NING
14105 58TH AVE
FLUSHING, NY 11355


SINGER EQUIPMENT CO., INC.
150 SOUTH TWIN VALLEY RD
ELVERSON, PA 19520-9387

SKURNIK WINES
PO BOX 1315
SYOSSET, NY 11791-1315


SMALL TELL AND SON, INC.
300 SMITH ST.
FARMINGDALE, NY 11735


SMARTSHEET INC.
DEPT 3421
PO BOX 123421
DALLAS, TX 75312-3421


SOILAIR SELECTIONS
150 WEST 30TH ST
SUITE 706
NEW YORK, NY 10001


SOMMPICKS LLC
548 MARKET ST, #89930
SAN FRANCISCO, CA 94104-5401


SONAM DHUNDUP
4051 77TH ST FLOOR 2
ELMHURST, NY 11373


SOUTHERN GLAZER'S WINE AND SPI
PO BOX 3143
HICKSVILLE, NY 11802


SPECTRA AUDIO DESIGN GROUP, LT
12 WEST 21TH ST
NEW YORK, NY 10010


SPECTRIO LLC
P.O. BOX 28289-0271
CHARLOTTE, NC 28289-0271


SPECTRUM
PO BOX 223085
PITTSBURGH, PA 15251-2085


STANDARD PEST MANAGMENT
2580 STAINWAY ST.
LONG ISLAND CITY, NY 11103

STANDARD SECURITY LIFE INS. CO
PO BOX 2875
CLINTON, IA 52733-2875


STARK PRODUCTS CO., INC.
29-14 122ND ST
COLLEGE POINT, NY 11354


STATE OF DELAWARE
401 FEDERAL ST #4
DOVER, DE 19901


STATEWIDE FIRE CORP.
1 TELEPORT DRIVE - SUITE 202
STATEN ISLAND, NY 10311


STEVEN M. LUTT, ESQ.
WHITE & CASE LLP
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095


STRATFORD ENGINEERING LLC
321 BROADWAY
5TH FLOOR
NEW YORK, NY 10007


SYSCO METRO NEW YORK, LLC
20 THEODORE CONRAD DR
JERSEY CITY, NJ 07305


T EDWARD WINES LTD
PO BOX 242
GARDINER, NY 12525


T. ELENTENY IMPORTS LLC
285 WEST BROADWAY, SUITE 500
NEW YORK, NY 10013


TAI HE TRADING CORP.
32-33 HUNTERS POINT AVE
LONG ISLAND CITY, NY 11101

TAMIKA FRASER
30 W. 90TH ST
APT. 1C
NEW YORK, NY 10024


TENG TEA LLC
123 EAST 7TH ST
NEW YORK, NY 10009


TGI OFFICE AUTOMATION, INC.
120 3RD ST
BROOKLYN, NY 11231


THE CHEF AGENCY
STEVENS AND COMPANY LLC
275 MADISON AVE, 24TH FLOOR
NEW YORK, NY 10016


THE CHEF'S GARDEN, INC.
9009 HURON AVERY RD
HURON, OH 44839


THE LOBSTER PLACE INC.
75 9TH AVE
NEW YORK, NY 10011


THE WEEKS LERMAN GROUP
5838 PAGE PL
MASPETH, NY 11378


THE WINE TRUST
464 HERITAGE RD
SUITE G
SOUTHBURY, CT 06488


TIGER & FOX 3 LLC
C/O JINMEI YANG
49 HILLSIDE DRIVE,
GREENWICH, CT 06830


TIME WARNER CABLE
BOX 223085
PITTSBURGH, PA 15251-2085

TIMOTHY J. FIERST, ESQ.
22 BAYVIEW AVE, SUITE 202
MANHASSET, NY 11030


TIMOTHY WAN, ESQ.
SMITH CARROAD
PO BOX 49
COMMACK, NY 11725


TO RISE LLC
118-40 MONTAUK ST
SAINT ALBANS, NY 11412


TONGDA TRAVEL INC.
133-20 AVERY AVE 6B
FLUSHING, NY 11355


TONGLU HARMONIOUS LANDSCAPE ST
NO.99 LONG TAN ROAD
CHENG NAN STREET, HANGZHOU
CHINA


TOTAL FIRE PROTECTION
5322 AVENUE N
BROOKLYN, NY 11234


TOTAL QUALITY FIRE & SECURITY
135 WEST 29TH ST.
SUITE 601
NEW YORK, NY 10001


TRADIZIONE IMPORTS
205 E. 42ND ST
20TH FLOOR
NEW YORK, NY 10017


TRANSEL ELEVATOR AND ELECTRIC
P.O. BOX 71241
PHILADELPHIA, PA 19176


TRANSEL ELEVATOR AND ELECTRIC
30-30 47TH AVENUE
SUITE 6110
LONG ISLAND CITY, NY 11101

TRANSPERFECT TRANSLATIONS INT'
3 PARK AVENUE, 39TH FLOOR
NEW YORK, NY 10016


TRAVELERS INSURANCE
PO BOX 660317
DALLAS, TX 75266


TRI STATE CARBONATION SERVICE
P.O.BOX 333
THOMPSONVILLE, NY 12784


TRIPLESEAT SOFTWARE
50 BEHARRELL ST, SUITE B
CONCORD, MA 01742


TROY ROSE
718 LINWOOD ST
BROOKLYN, NY 11208


TRUE WORLD FOODS NEW YORK LLC
32-34 PAPETTI PLAZA
ELIZABETH, NJ 07206


ULINE, INC.
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680-1741


UNION BEER DISTRIBUTORS
1213-17 GRAND STREET
BROOKLYN, NY 11211


UNION SECURITY LIFE INSURANCE
21189 NETWORK PLACE
CHICAGO, IL 60673-1211


UNITED HEALTHCARE OXFORD
P.O. BOX 1697
NEWARK, NJ 07101-1697


UNIVERSAL BACKGROUND SREENING,
P.O. BOX 5920
SCOTTSDALE, AZ 85261

UNIVERSAL PLUMBING INC.
214 N FEHR WAY STE B
BAY SHORE, NY 11706


US DEPT OF HOMELAND SECURITY
208 E 51ST ST
NEW YORK, NY 10022


US FOODS
1051 AMBOY AVE
PERTH AMBOY, NJ 08861


USA WINE IMPORTS, INC.
285 WEST BROADWAY, SUITE #330
NEW YORK, NY 10013


VAL'S OCEAN PACIFIC
624 WORTHEN ST.
BRONX, NY 10474


VAN DEUSEN & ASSOCIATES, INC.
120 EAGLE ROCK AVE
SUITE #310
EAST HANOVER, NJ 07936


VANDENBERG & FELIU, LLP
60 EAST 42ND ST
51ST FLOOR
NEW YORK, NY 10165


VDA LLC
120 EAGLE ROCK AVE
SUITE 310
EAST HANOVER, NJ 07936


VERITY WINE LLC
PO BOX 1826
NEW YORK, NY 10156


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124

VESTA (GUANGZHOU) CATERING EQU
HUAQIAO SCIENCE&TECHNOLOGY PAR
HUADU DISTRICT GUANGZHOU, PR 5
CHINA


VINCENTE MELENDEZ ARIAS
131 SAINT NICHOLAS AVE
APT. 13C
NEW YORK, NY 10026


VINTUS LLC
42 MEMORIAL PLAZA
PLEASANTVILLE, NY 10570


VIPIN GOYAL
119 KING ST
BROOKLYN, NY 11231


VISTA FOOD EXCHANGE, INC.
B 101 FOOD CENTER ARCADEM
HUNTS POINT CO-OP MARKET
BRONX, NY 10474


VOS SELECTIONS
555 8TH AVE
SUITE 1209
NEW YORK, NY 10018


VRANKEN POMMERY
12 EAST 33RD ST
7TH FLOOR
NEW YORK, NY 10016


WAI C. LOW
51 NEW LANE
STATEN ISLAND, NY 10305


WATERLOGIC USA INC.
P.O. BOX 677867
DALLAS, TX 75267


WEEKS-LERMAN GROUP, LLC
58-38 PAGE PLACE
P.O.BOX 0
MASPETH, NY 11378

WEI MING LIAO
8210 15TH AVE
BROOKLYN, NY 11228


WELL PORT CONTAINER LINE INC.
161-15 ROCKAWAY BLVD
SUITE #308
JAMAICA, NY 11434


WHITE COFFE
18-35 STAINWAY PLACE
P.O. BOX 5189
LONG ISLAND CITY, NY 11105


WILLIAM COVE
118-82 METROPOLITAN AVE
KEW GARDENS, NY 11415


WILLIAM VAZQUEZ
CBRE ASSET SERVICES
3 BRYANT PARK
NEW YORK, NY 10036


WILLIS OF NEW YORK, INC.
P.O. BOX 4557
NEW YORK, NY 10249-4557


WILSON DANIELS WHOLESALE LLC.
19 W 24TH 7TH FLOOR
NEW YORK, NY 10010


WINE SYMPHONY, INC.
580 BROADWAY. RM 508
NEW YORK, NY 10012


WINEBOW, INC.
D/B/A MARTIN SCOTT WINES
31 WEST 27TH STREET, 7TH FLOOR
NEW YORK, NY 10001


WINZONE REALTY INC.
81-15 QUEENS BLVD
ELMHURST, NY 11373

WIZARD STUDIOS NORTH, INC.
305 TEN EYCK ST
BROOKLYN, NY 11206


WK FOODS LLC
810 SOUTH BROADWAY
HICKSVILLE, NY 11801


WORLD CLASS BUSSINES PRODUCTS
48-49 35TH ST
LONG ISLAND CITY, NY 11101


XIAODONG WANG
45-15 ASTER LANE
GREAT NECK, NY 11020


XIAOJIE WU
246 BAINBRIDGE STREET APT 6
BROOKLYN, NY 11233


XUE & ASSOCIATES, P.C.
1 SCHOOL STREET, SUITE 303 A
GLEN COVE, NY 11542


YIFAN BAI
300 EAST 93RD STREET
APT 6A
NEW YORK, NY 10128


YORK BUILDING SERVICES, INC.
PO BOX 312
MANASQUAN, NJ 08736


ZAMBUP MUSIC GROUP INC
40 WEST 116 STREET APT A 607
NEW YORK, NY 10026


ZHENG ZHANG
45-15 ASTER LANE
GREAT NECK, NY 11020


ZWICKER & ASSOCIATES, P.C.
80 MINUTEMAN RD
ANDOVER, MA 01810-1008

## United States Bankruptcy Court
### Southern District of New York

In re  DaDong Catering LLC
　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **DaDong Catering LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**(Beijing Dadong Roast Duck Re)**
**Building No. 3, TuanjiehuBeiko**
**Chaoyang Dsitrict, Beijing**
**CHINA**

**(Chat Bright Limited)**
**88 Tai Tam Reservoir Road**
**Hong Kong**
**CHINA**

**(Genesis Brand Management LLC)**
**375 Park Ave**
**27th Floor**
**New York, NY 10152**

**DaDong Management LLC**
**1500 Broadway, Suite 3301**
**New York, NY 10036**

☐ None [*Check if applicable*]

Date  11/13/2019

Steven R. Wirth
Signature of Attorney or Litigant
Counsel for   **DaDong Catering LLC**
**Akerman LLP**
**401 East Jackson Street**
**Suite 1700**
**Tampa, FL 33602**
**813 223 7333 Fax:813 218 5407**
**steven.wirth@akerman.com**